**United States Department of State**

***Washington, D.C. 20520***

March 12, 2003

Dear Ms. Horncastle,

This is to confirm receipt and provisos of operations regarding all equipment provided by Telenor for the USAID Disaster Assistance Response Team (DART) pilot program. The four Nera Inmarsat GAN terminals (GAN terminal IDs: 76EB72852062, 76EB72B97A87, 76EB722E34D9, 76EB72815D89) will be used for a two-month pilot program that will commence on or about the third full week of March 2003. SIM cards also provided are as follows: 800852D7EBAA, 800852A8EBBE, 800852C8D42C, 800852748760.

Operation of these terminals is intended to demonstrate and verify the feasibility of utilizing mobile satellite communication technology to improve coordination of global disaster recovery and reconstruction efforts of governments and non-governmental organizations. This demonstration is a cooperative and joint effort sponsored and proposed by Global Relief Technologies, Panasonic, ESRI, and Telenor.

Telenor must authorize any other use of the GAN terminals for purposes other than what has been stipulated in the two-month DART pilot program. In the event that the terminals should be used for other purposes Telenor will provide service to the user at agreed upon service rates.

Sincerely,

Reid A. Daugherity