telenor

June 26, 2003

Mr. Reid Daugherity
INR/GGI/GI
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Dear Mr. Daugherity:

Attached please find an invoice for satellite services that Telenor provided to NERA satellite terminals that were the responsibility of the Department of State in Iraq between mid-May and mid-June, 2003. Telenor provided these terminals to the Department of State for use by the US DART team in conjunction with the Global Relief Technologies Pilot (DART GRT Pilot) in Iraq. This invoice does not include any service that we provided as part of the DART GRT Pilot. Telenor agreed to provide service free-of-charge during the two month DART GRT Pilot for any usage associated with that Pilot.

We are submitting this invoice consistent with the agreement contained in your letter dated March 12, 2003. According to the said agreement, the Department of State is responsible for all ISDN High Speed Data (HSD) and voice traffic generated by the four terminals that was not associated with the DART GRT Pilot. For your reference we have attached a copy of this letter. Since the decision to leave the terminals in Iraq was made without consultation and / or authorization from Telenor, we are invoicing the Department of State at our standard service rates. The call detail records associated with each of these terminals are attached to the invoice.

Please arrange for payment in accordance with the instructions on the invoice. Please feel free to call me if you have any questions.

Sincerely,

Britt Carina Horncastle
President

Telenor Satellite Services, Inc.
Address:
1101 Wootton Parkway
10th Floor
Rockville, MD 20852 USA
Telephone:
+1 301 838 7800
Web site:
www.telenor.com/satellite

**telenor**
**Telenor Satellite Services, Inc.**

**Invoice No:** M3060256
**Invoice Date:** June 30,2003

**Payments by Check:**
Telenor Satellite Services
PO Box 8500-53578
Philadelphia PA 19178-3578
United States

**Payments by Wire Transfer:**
Bank of New York, NY (ABA 021000018)
(Swift Code: IRVTUS3N)
Credit to: Den norske Bank New York
(Swift Code: DNBAUS33)
Beneficiary: Telenor Satellite Services
Account: 13176002

Customer No: M21935
Payment Terms: Net 30
Due Date: July 30,2003

**Customer:**
INR/GGI/GI
U.S. DEPARTMENT OF STATE
MR. REID DAUGHERITY
2201 C STREET. NW
WASHINGTON DC 20520
UNITED STATES

**Address Changes/Inquiries:**
TELENOR SATELLITE SERVICES, INC.
ACCOUNTING OPERATIONS
1101 WOOTTON PARKWAY, 10TH FL
ROCKVILLE MD 20852
Telephone: (301) 838-7822
Facsimile: (301) 838-7823

**AMOUNT DUE:** **378,660.89 USD**

Amount Remitted

Please include remittance advice with payment or fax to: (301) 838-7823

Federal Tax Id: 51-0408964

Original

| Line | Description | Net Amount |
|---|---|---|
| | INMARSAT CHARGES INCURRED AFTER THE USAID DISASTER ASSISTANCE RESPONSE TEAM (DART) PILOT PROGRAM.<br>FOR THE PERIOD MAY 11, 2003 TO JUNE 10, 2003 | 378,660.89 |
| | Subtotal: | 378,660.89 |
| | **AMOUNT DUE:** | **378,660.89** |