**United States Department of State**

***Washington, D.C. 20520***

June 9, 2004

VIA U.S. MAIL
Ms. Barbara L. Spencer
Telenor Satellite Service Holdings, Inc.
1101 Wootton Parkway, 10th Floor
Rockville, MD 20852

Re: Claim for Use of Nera IMMARSAT GAN Terminals

Dear Ms. Spencer:

Following my meeting with you and Larry Paul on May 11, I have attempted to determine the position of the Department of State with respect to the excessive use of Nera Immarsat GAN terminals loaned by Telenor to Reid A. Daugherity, a civil service employee of the Department of State.

I have met with Mr. Daugherity and with Leona Coulombe, the Executive Director of the Bureau for Intelligence and Research where Mr. Daugherity is employed. My discussions with them confirms my understanding that Mr. Daugherity was acting at all times in good faith and within the scope of his employment with the Department of State. I have found no reason to question Mr. Daugherity's actual authority to sign the letter of March 12, 2003 to Ms. Horncastle, and believe it would be fair to conclude that Mr. Daugherty received the four Nera Immarsat GAN terminals for official purposes in a transaction that could reasonably be characterized either as a gratuitous bailment for mutual benefit or possibly as a gratuitous bailment for the benefit of the bailee. Mr. Daugherity received the GAN terminals for use by the USAID Disaster Assistance Response Team (DART) pilot program, and Telenor's motive in loaning the equipment and providing limited free satellite connect time was to assist a humanitarian effort and possibly also to demonstrate the usefulness of its product in transmitting data from remote locations.

In accepting the loan of the equipment, Mr. Daugherity would appear to have been under a duty to use the equipment with reasonable case. It appears to the Department, however, that he did so. Mr. Daugherity did permit two of the GAN terminals to come into the possession of the 354th Civil Affairs Brigade of the United States Army and did leave these terminals in the possession of that military unit when he left Iraq. He did so, however, only after consulting with and obtaining the approval of Michael D. Gray, CEO of Global Relief Technologies. Mr. Gray arranged the furnishing of the GAN terminals by Telenor in the first instance and apparently acted as its representative. With respect to leaving the two terminals with the 354th Civil Affairs Brigade, Mr. Gray advised Mr. Daugherity that he had obtained the approval of Ms. Britt-Carina Horncastle, Telenor's President.

Accordingly, the Department of State believes that Mr. Daugherity did not breach his duty to Telenor, and that the Department of State therefore does not bear responsibility for the excessive use of the terminals. Please let us know if we can provide further information.

Sincerely yours,

Dennis J. Gallagher

Dennis J. Gallagher
Assistant Legal Adviser
Buildings and Acquisitions
Tel. 703-516-1543
FAX 703-516-1547