telenor

Barbara L. Spencer
*General Counsel*

July 1, 2004

<u>Via Facscimile Transmission: (703) 516-1547</u>

Dennis J. Gallagher
Assistant Legal Adviser
Buildings and Acquisitions
United States Department of State
Washington, D.C. 20520

Re: Claim for Use of Nera Inmarsat GAN Terminals

Dear Mr. Gallagher:

Thank you for your time and effort in researching the position of the Department of State with respect to the use of certain Nera Inmarsat GAN terminals that Telenor Satellite Services loaned to the agency for use with the USAID Disaster Assistant Response Team (DART) pilot program in the spring of 2003.

We have received your letter of June 9, 2004, setting out your analysis of the arrangement and relationship between Telenor and the Government in this matter. For the record, however, Telenor must express its disagreement with certain statements that Mr. Reid Daugherity has made to you in the course of your meeting with him and Leona Coulombe. We have shared Mr. Daugherity's comments with Michael Gray of Global Relief Technologies and with Ms. Horncastle of Telenor, as well as other Telenor employees who were involved with furnishing equipment and training for the DART pilot program. Mr. Gray has confirmed that he approved use of the terminals by the 354th Civil Affairs Brigade of the US Army to support humanitarian operations in conjunction with the efforts of the US interagency DART team while Mr. Daugherity was in Iraq. However, Mr. Gray did not intend for the terminals to be left in Iraq on loan to the 354th Civil Affairs Brigade and did not recommend that the loan of the equipment be extended beyond Mr. Daugherity's departure. Mr. Gray did not provide approval for Mr. Daugherity to leave terminals in possession of that military unit when he left Iraq. Furthermore, Telenor can confirm that neither Mr. Gray nor Mr. Daugherity obtained any approval from Ms. Horncastle or any other Telenor employee to leave the terminals with the 354th Civil Affairs Brigade.

Telenor Satellite Services Holdings, Inc.
Address:
1101 Wootton Parkway
Rockville, MD 20852 USA
Telephone:
+1 301 838 7760
Fax:
+1 301 838 7752
E-mail:
barbara.spencer@telenor-usa.com
Web site:
telenor.com/satellite

It is relevant, in our view, to note that Mr. Daugherity or the Department of State has never shared with Telenor any of the statements Mr. Daugherity made to you regarding approval to leave the terminals in Iraq upon his departure. In the spring of 2003, when Telenor discovered that the terminals were left in Iraq, we immediately requested their return. At no time did Mr. Daugherity or any other Department personnel defend the action as one for which the State Deparatment had received prior approval from Global Relief Technologies or Telenor.

We respectfully note that the conclusion stated in your letter that the Department of State does not bear responsibility for the excessive use of the terminals is based upon unsubstantiated statements made by Mr. Daugherity that are, in fact, not true. Therefore, it is Telenor's belief that Mr. Daugherity did breach his duty to Telenor, and that the Department of State is clearly responsible for the excessive use of the terminals.

Sincerely yours,

Barbara L. Spencer

Barbara L. Spencer
General Counsel

cc: Britt Carina Horncastle
Michael Gray

bcc: Larry Paul
Joe Tauber