# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**TELENOR SATELLITE SERVICES, INC.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-528C**
**Filed: October 7, 2005**
**cc: Judge Baskir**

## O R D E R

An ADR conference was held in the above-captioned case on October 7, 2005. At the conference the plaintiff indicated that an in person conference would benefit the ADR proceedings in this case. The court, therefore, **SCHEDULES** an ADR conference for **Tuesday, November 8, 2005, at 9:30 a.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C., 20005. Counsel for both parties shall appear in person. The room number will be posted on the day of the hearing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**