# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *
TELENOR SATELLITE SERVICES, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * *

**No. 05-528C**
**Filed: November 8, 2005**
**cc: Judge Baskir**

## O R D E R

An ADR conference was held in the above-captioned case on November 8, 2005. After substantive discussions, the parties indicated that ADR efforts should be put on hold and that they are ready to set schedules with the trial judge for future proceedings. The parties agreed to the option remaining open to return to ADR in the future, perhaps after discovery, motion practice, or at another appropriate time. The court, therefore, instructs the parties to file an ADR status report with the undersigned, either after the close of discovery, or within five days of the issuance of a decision on any dispositive motion in this case. The court applauds the parties' willingness to expend effort and time by program officials, corporate individuals and attorneys to engage in ADR proceedings and remains available to offer any assistance.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**