# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: November 10, 2005)

*****************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

The Court held a preliminary status conference in the above-captioned case on November 10, 2005. This Order confirms the matters decided at that conference.

The Defendant plans to file a Motion to Dismiss, and the Plaintiff plans to file a Motion for Partial Summary Judgment. The parties have agreed to the following briefing schedule:

- The Plaintiff will file its Motion for Partial Summary Judgment no later than **December 2, 2005**.

- The Defendant will file its Opposition to Plaintiff's Motion, as well as its Motion to Dismiss, no later than **January 6, 2006**.

- The Plaintiff will file its Reply to Defendant's Opposition, as well as its Opposition to Defendant's Motion to Dismiss, no later than **January 31, 2006**.

- The Defendant will file its Reply to Plaintiff's Opposition no later than **February 14, 2006**.

Formal discovery in this case will not be necessary until briefing on these Motions is complete.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge