**Attachment D**
**to Telenor's Proposed**
**Findings of Uncontroverted Fact**

Foreign Affairs Research Analyst, GS-0130-14

Position Number:
Organizational Code: 064620
Organizational Location: **This position is located in the Office of The Geographer and Global Issues, Bureau of Intelligence and Research.**

Primary Purpose: The incumbent of this position is an expert foreign affairs intelligence analyst responsible for providing all-source intelligence analysis on complex humanitarian emergencies and natural disasters, including contingency planning, implementing response mechanisms, managing interagency information sharing, and conducting comparative assessments. This position will serve as a deputy division chief of a unit with the responsibility for both interagency liaison functions and managing a small staff of analysts.

Incumbent represents the Department in interagency meetings, provides guidance to Department policymakers, briefs members of Congress, and serves as an expert in various intergovernmental and non-governmental fora.

Incumbent advises on and performs research and other professional work in support of the formulation and direction of US foreign policy and bearing on US relations with foreign governments and international organizations.

Evaluates information and initiates research bearing on the implementation of existing and proposed policies.

1.) Performs Analysis in Support of Policy Development and Implementation 40%
Continuously assesses developments bearing on the political viability of options and alternatives concerning ongoing issues in complex humanitarian emergencies and interagency information sharing and dissemination, and develops innovative approaches for the analysis of complex political, military, social, and other issues. ***As a recognized expert in his/her field by the Department and other Federal agencies, drafts, presents, and defends policy-relevant intelligence analyses for Departmental and other Federal officials.*** Demonstrates a high level of analytical ability in using intelligence-derived insights to advise decision makers. Serves as the Bureau's recognized expert who analyzes a variety of issues which are critical to the development of policy and the operational support of Department-wide initiatives. ***Develops original and independent intelligence analyses bearing on highly controversial and politically sensitive US positions. Anticipates potential policy problems, assesses impact and Congressional reaction,*** and ensures that policy recommendations are informed by thorough and objective analysis of all relevant intelligence.

2.) Represents Bureau or Department 20%
***Participates actively in bilateral and multilateral negotiations and information exchanges and provides authoritative intelligence assessments and related information to delegation heads and senior officials. Actively participates in or chairs interagency working groups preparing intelligence analyses and assessments bearing on US positions.*** Areas of expertise include both man-made and natural disaster, emergency response, civil-military relations and coordination mechanisms, support for diplomacy abroad, population displacements, and the field-based coordination of geographic information databases.

Works with experts in other agencies to develop intelligence-based assessments bearing on policy proposals. Conducts studies, develops alternative interpretations, and prepares finished assessments for interagency consideration and briefs other agencies on findings. Serves as a primary point of contact with the Office of the Secretary and as a ***direct focal point in the Department on all matters relating to area of expertise. Provides briefings and written products to top management officials and serves as liaison with key Bureau staff*** and with counterparts and experts in other Bureaus.

Effectively manages assigned programs. Maintains currency in new developments in the field and accurately projects the impact of same on programs. Ensures effective execution of program requirements by self and subordinates. Establishes systematic methods of program execution, evaluation or advocacy.

3.) Serves as Bureau's or Department's Action Office 20%
***Serves as the Department's lead officer in implementing intelligence support for a treaty or agreement on one or more complex, highly sensitive programs involving global, regional and country-specific issues.***

Areas of responsibility include managing the U.S. Governments' interagency coordination of humanitarian information, driving the declassification of databases for broader dissemination to the field, providing a liaison with UN and NGO elements with roles in complex emergency response, and managing a staff of analysts dedicated to issues related to humanitarian emergency contingency planning and response.

Establishes strategic goals and objectives for intelligence support, proposes new approaches and components, analyzes resource implications, and advocates acquisition of budget and staff resources needed for implementation. Provides intelligence-based program and planning guidance to officers charged with implementing the program. Conducts site visits overseas to collect information on problems and possible solutions in program implementation. Drafts, clears, and issues analyses, assessments, and other materials for the use of posts and geographic bureaus in program implementation. Provides follow-up assistance as required.

4.) Advises Departmental and USG Policymaking Officials and Staffs 20%
***Advises bureau Deputy Assistant Secretary, Assistant Secretary, appropriate Under Secretaries, and other senior managers and staff on program issues and problems arising from intelligence information and assessments. Serves as principal advisor for intelligence matters in bilateral and multilateral meetings where program issues are negotiated.***

Areas of responsibility include preparing documents for briefing senior policy makers, including maps and web-based databases, surveying cables and other ext-based documents for the purpose of graphic presentation, and working with other U.S. government technical agencies on standards and new technologies related to the mitigation of and response to complex humanitarian emergencies.

Represents the Department in resolving intelligence issues and disputes in interagency working group meetings. Plans and coordinates intelligence support to program implementation among multiple agencies, bureaus, and posts. Initiates and develops, personally or through the efforts of others, briefings and follow-up meetings involving key officials from other bureaus, other agencies, Congressional staff, or special interest groups.

Factor 1-8 1550 Points
Knowledge Required by the Position

Advanced knowledge of the theories and principles of political science, international relations, economics, history, geography, or other related disciplines applied in analyzing and evaluating factors involved in the administration of US foreign policy programs.

Advanced facility with social science methods and techniques to produce policy relevant assessments that involve the research and analysis of information derived from a variety of sources.

Command of one or more geographic or functional specialty areas to provide expert advice and guidance with respect to the policy implications of issues and developments in the assigned specialty area.

Knowledge of current US foreign policy objectives and programs to assess the relevance and implications of global social, political, economic, geographic, and military issues, developments, and events affecting the formulations and execution of US foreign policy, and to recommend intelligence collection programs in the assigned specialty area.

Command of US foreign affairs information sources, processes, and organizations in order to apply the full range of available information resources and capabilities in supporting the needs of the Department.

Expert knowledge of Department goals, objectives, programs, and relationships to provide expert analytical and advisory services that are responsive to the specialized needs of the organizations supported.

Ability to provide advice, guidance, and consultation to senior officials with regard to the interpretation and application of analyses.

Ability to establish liaison at all levels throughout the foreign policy and intelligence communities to exchange information vital to both spheres of operation.

Skill in oral and written communication to prepare and defend analyses, provide guidance, solicit information, defend proposals, and negotiate agreements.

Factor 2-5 650 Points
Supervisory Controls

The supervisor typically provides general substantive guidance and administrative direction. Overall assignments are made in terms of broadly defined functions or the employing organization. Specific assignments frequently originate out of the liaison activities of the work, and the officer independently negotiates the scope and objectives of projects with the policymaker or staff, subject to general agency policies and operating requirements.

Assumes responsibility for planning, coordinating, and carrying out projects and informs the supervisor as appropriate.

Is recognized as an authoritative professional in a particular field within the agency. The work is generally considered to be technically accurate and is often not subjected to detailed substantive review. Substantive review by peers, where appropriate, is usually initiated by the incumbent. Work products are examined for compliance with broad standards of rigorous scholarship.

Factor 3-5 650 Points
Guidelines

The officer must exercise a high degree of judgment in interpreting and adapting existing precedents and in developing new or improved approaches to analyze, develop, and present authoritative information or analysis on controversial subjects to persons with conflicting views. The methods and procedures developed often serve as precedents for others.

Factor 4-5 325 Points
Complexity

The assignment involves providing expert analytical and advisory support—often on an unrehearsed and ad hoc basis—for the planning, development, and execution of US foreign policy within a broad and complex geographic or functional specialty area. The work requires applying a rigorous analytical approach to data that is often vague, unsubstantiated, or contradicts existing knowledge. The same approach must be applied to developing analyses that provide new perspectives for the understanding of complex political, military, economic, social, or geographic issues in the specialty area.

The work is complicated by the need to provide expert advice and guidance that influences the decisions and actions of senior policy officials and the need to quickly, accurately, and decisively determine the relevance and significance of information to the policy interests of the Department. It is further complicated by the need to produce widely disseminated analytical products that represent the Bureau's official assessment of complex issues, and keep the policymaking and foreign affairs communities constantly apprised of new issues and developments in the specialty area.

Other complicating factors include the incumbent's responsibility for coordinating Bureau contributions to interagency projects, for ascertaining the need for initiating and conducting in-depth studies on topics of critical importance to the policy formulation process, and for representing the Bureau on committees and working groups that address issues of vital interest to the Bureau/Department. The assignment also involves identifying, developing, and recommending improved methods and approaches to the research and analysis process.

Factor 5-5 325 Points
Scope and Effect

The purpose of the work is to provide expert foreign affairs intelligence analysis and advisory services within a broad and complex geographic or functional area that supports the planning, development, and execution of US foreign policy. The scope of the assignment area is substantial and includes: defining information requirements; monitoring and reporting on important global developments; analyzing complex political, military, economic, and social issues; providing guidance to policymakers in interpreting and applying data; establishing and maintaining productive relationships within the foreign affairs and intelligence communities; and planning and carrying out special research studies that address critical issues of broad scope and impact. The services provided by the incumbent contribute in a significant fashion to the accomplishment of key foreign policy objectives by producing valid, reliable, time sensitive analyses of vital issues that enable policy makers to reach informed foreign policy decisions. The incumbent's efforts also result in the development of improved methods and approaches

08/09/2005 15:27 FAX 202 6470238 Case 1:05-cv-00528-LMB Document 8 STATE INR/EX Filed 08/10/2005 Page 7 of 7 008



and the establishment of productive relationships with the foreign affairs and intelligence communities.

Factor 6-3 60 Points
Personal Contacts

Contacts are with Bureau employees at all levels, including the Assistant Secretary, policy analysts and managers in other bureaus; personnel at US posts worldwide; senior analysts and officials in other agencies; congressional staff; experts, consultants, researchers, and educators in the specialty field; and officials of non-governmental organizations. Contacts occur in a wide variety of planned/unplanned, formal/informal settings, including open meetings and conferences where the incumbent may be called upon to explain and defend Bureau's products and positions.

Factor 7-3 120 Points
Purpose of Contacts

Contacts are to exchange information, present analyses, provide guidance, plan organize, and coordinate activities, establish liaison, represent the Bureau, resolve problems, and respond to urgent developments. A high degree of persuasiveness is required to gain acceptance of highly consequential analytical judgments, to defend recommendations for significant changes in established analytical methods, and to overcome resistance in reaching consensus on controversial issues.

Factor 8-1 5 Points
Physical Demands

The work generally does not impose unusual physical demands on the incumbent. Periodic travel of varying duration to posts worldwide may be required.

Factor 9-1 5 Points
Work Environment

The majority of the work is performed in a standard office setting.

Other Significant Facts:

The Sensitivity level of the position is Special-Sensitive. The incumbent of this position must be eligible for, and maintain, Sensitive Compartmented Information access.