# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: December 7, 2005)

*****************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

On December 2, 2005, Plaintiff filed its Proposed Findings of Uncontroverted Fact in support of its Motion for Partial Summary Judgment Re Authority. However, this Court's Special Procedures Order filed June 2, 2005, instructs the parties to file a **Consolidated Statement of Uncontroverted Facts** in lieu of individual findings of fact.

**Clerk of the Court is directed to strike from the Court's record the Plaintiff's proposed findings.**

**Parties shall file a Consolidated Statement of Uncontroverted Facts no later than one week after close of briefing.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge