IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No. 05-528C (Baskir, J.) |

TELENOR'S MOTION TO STRIKE DECLARATIONS
INTERPRETING A STATE DEPARTMENT POSITION DESCRIPTION

Pursuant to Rule 56(e), Telenor moves to strike those portions of declarations proffered by declarants of the United States concerning their interpretation of, or intent in drafting, the position description of Mr. Reid A. Daugherity. Such testimony is inadmissible, as parol evidence is inadmissible to construe a position description, which is essentially a regulation. It is also inadmissible because the position description in question is unambiguous.

For the reasons stated in this motion and in the accompanying supporting brief, Telenor requests that it motion be granted and that the following portions of the declarations found in the Appendix in support of Defendant's Cross-motion for Summary Judgment be stricken:

(a) Declaration of Reid A. Daugherity, ¶¶ 4, 13;

(b) Declaration of Lee Schwartz, ¶ 3; and

(c) Declaration of Steven Halter, in its entirety.

Respectfully submitted,

s/Frederick W. Claybrook, Jr.
Frederick W. Claybrook, Jr.
(Counsel of Record)
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

Of Counsel

Barbara L. Spencer, Esq.
General Counsel
Telenor Satellite Services, Inc.
1101 Wootton Parkway, 10th Floor
Rockville, Maryland 20852

January 31, 2006

DCIWDMS: 2701269_1