IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TELENOR SATELLITE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 05-528C<br>Baskir, J. |

# TELENOR'S MOTION TO FILE A CONFORMED COPY OF ITS INITIAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT RE AUTHORITY

With its initial brief, Telenor filed proposed findings of fact and made references to those facts throughout its brief. The proposed findings, however, were not filed in accordance with the Court's special procedures order, and so the proposed findings were stricken and have now been replaced by Telenor's Appendix and the Consolidated Statement of Uncontroverted Facts. Thus, Telenor has revised its initial brief solely to conform its references to the Telenor Appendix and the Consolidated Statement of Uncontroverted Facts. No substantive changes have been made.

The conformed copy will allow the Court to reference pleadings on file. The United States has authorized Telenor to state that it has no position with respect to this motion.

WHEREFORE, Telenor moves that the conformed copy of its initial brief be accepted for filing.

Respectfully submitted,

s/Frederick W. Claybrook, Jr.
Frederick W. Claybrook, Jr.
(Counsel of Record)
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

Of Counsel

Barbara L. Spencer, Esq.
General Counsel
Telenor Satellite Services, Inc.
1101 Wootton Parkway, 10th Floor
Rockville, Maryland 20852

February 21, 2006

DCIWDMS: 2723569_1