# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: February 23, 2006)

****************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

This Order confirms the **Oral Argument** is scheduled in this matter for **10:00 a.m. on Wednesday, March 22, 2006**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C., 20005. Counsel for both parties will be appearing in person.

Telenor's unopposed **Motion to File a Conformed Copy** of its Initial Brief in support of its Motion for Partial Summary Judgment regarding Authority, filed February 21, 2006, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge