# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: March 15, 2006)

****************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

The parties are scheduled for an Oral Argument for 10:00 a.m. on Wednesday, March 22, 2006. In addition to the arguments made in the briefs, the parties should be prepared to address the following at the Oral Argument:

1) Whether Mr. Wood or Mr. Schwartz delegated contracting authority to Mr. Daugherity when they assigned Mr. Daugherity to the Disaster Assistance Response Team during the early 2003 meetings.

2) Whether an Assistant Secretary in general, and in particular the Assistant Secretary for the Bureau of Intelligence and Research, has express or implied authority to contract and ratify agreements.

3) Whether there are any specific regulations or statutes granting contracting authority within the Department of State.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge