# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: March 23, 2006)

****************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

The Court held an Oral Argument on the parties' Cross Motions for Summary Judgment in the above-captioned case on March 22, 2006. In the briefs, the Plaintiff raised the issue of contract ratification, but it was not adequately addressed. Whether Mr. Wood or Mr. Schwartz ratified the alleged bailment agreement in this case depends on whether either of them had actual authority to contract, express or implied.

This Order confirms the Court's request for supplemental briefs by both parties on this issue. At Oral Argument, the Court and the parties agreed upon the following supplemental briefing schedule:

- The Defendant will file with the Court and serve upon the Plaintiff copies of the position descriptions of Mr. Wood and Mr. Schwartz, as well as any other statutes, regulations, or documents in its possession that address the contracting authority of those two individuals, no later than **March 29, 2006**.

- The Plaintiff will file its supplemental brief regarding the actual contracting authority of Mr. Wood and Mr. Schwartz no later than **April 12, 2006**. The brief will be no more than 10 pages.

- The Defendant will file its supplemental brief in response no later than **April 26, 2006**. The brief will be no more than 10 pages.

- The Plaintiff may file a Reply of no more than 5 pages no later than **May 3, 2006**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge