IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-528C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING OF
MATERIAL PURSUANT TO COURT'S MARCH 23, 2006 ORDER

Pursuant to the Court's March 23, 2006 order, defendant, the United States, submits the following material, which is attached electronically to this document:


TITLE PAGE

1. Position Description, Assistant Secretary for Intelligence and Research, Bureau of Intelligence and Research, United States Department of State, 1993 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2. Position Description, Deputy Assistant Secretary for Analysis and Information Management, Bureau of Intelligence and Research, United States Department of State, 2004 . . . . . . . . . . . . . . . . . . . . . 6

3. Position Description, Deputy Assistant Secretary for Analysis and Information Management, Bureau of Intelligence and Research, United States Department of State, 2001 . . . . . . . . . . . . . . . . . . . . . 7

4. Position Description, Geographer, Office of the Geographer and Global Issues, Bureau of Intelligence and Research, United States Department of State, 1989 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

5. Senior Executive Service Performance Agreement, William B. Wood, Deputy Assistant Secretary For Analysis And Information Management, Bureau of Intelligence and Research, United States Department of State, Aug. 1, 2002 - July 31, 2003 . . . . . . . . . . . . 14

6. Position Description, Executive Director, Bureau of Intelligence and Research, United States Department of State, 2000 . . . . . . . . . . . 16

7. Position Description, Geographer, Office of the Geographer and Global Issues, Bureau of Intelligence and Research, United States Department of State, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

8. Position Description, Supervisory Geographer, Office of the Geographer and Global Issues, Bureau of Intelligence and Research, United States Department of State, Feb. 2000 . . . . . . . . . . . . . . . 26

9. Employee Performance Plan, Progress Review And Appraisal Report, Lee Schwartz, Supervisory Geographer, Office of the Geographer and Global Issues, Bureau of Intelligence and Research, United States Department of State, Jan. 1, 2003

- Dec. 31, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

10. Employee Performance Plan, Progress Review And Appraisal Report, Reid A. Daugherity, Foreign Affairs Research Analyst, Office of the Geographer and Global Issues, Bureau of Intelligence and Research, United States Department of State, Jan. 1, 2003 - Dec. 31, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

11. 22 U.S.C. § 2656 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

12. 48 C.F.R. § 1.301 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

13. 48 C.F.R. § 1.601 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

14. 48 C.F.R. § 601.301 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

15. 48 C.F.R. § 601.602-1 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . 45

16. 48 C.F.R. § 601.603-3 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . 46

17. 48 C.F.R. § 601.603-70 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . 47

18. Delegation of Authority 155, Sept. 21, 1984 . . . . . . . . . . . . . . . . . . . 50

19. Delegation of Authority 196, Aug. 22, 1992 . . . . . . . . . . . . . . . . . . . 52

20. Delegation of Authority 208, Nov. 30, 1993 . . . . . . . . . . . . . . . . . . . 53

21. Delegation of Authority 290, Mar. 9, 2006 . . . . . . . . . . . . . . . . . . . 54

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

OF COUNSEL:
ONA M. HAHS
Attorney-Adviser
Department of State

March 29, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on March 29, 2006, a copy of the foregoing Defendant's Notice Of Filing Of Material Pursuant To Court's March 23, 2006 Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail