# POSITION DESCRIPTION (Please Read Instructions on the Back)

1. Agency Position No. E-08848

2. Reason for Submission: [x] Redescription [ ] New [ ] Reestablishment [ ] Other

(Show any positions replaced)

In lieu of E-7625 - EX-III

3. Service: [x] Hdqtrs. [ ] Field

4. Employing Office Location: Washington, D.C.

5. Duty Station: Washington, D.C.

6. OPM Certification No. 1)SEX-0038

7. Fair Labor Standards Act: [x] Exempt [ ] Nonexempt

8. Financial Statements Required: [x] Executive Personnel Financial Disclosure [ ] Employment and Financial Interests

9. Subject to IA Action: [ ] Yes [ ] No

10. Position Status: [ ] Competitive [ ] Excepted (Specify in Remarks) [ ] SES (Gen.) [ ] SES (CR)

11. Position Is: [ ] Supervisory [ ] Managerial [ ] Neither

12. Sensitivity: [ ] 1—Non-Sensitive [ ] 2—Noncritical Sensitive [ ] 3—Critical Sensitive [x] 4—Special Sensitive

13. Competitive Level Code

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| U.S. Office of Personnel Management | | | | | | |
| Department, Agency or Establishment | ASSISTANT SECRETARY | EX | 132 | 04 | [illegible] | 9/9/93 |
| Second Level Review | | | | | | |
| First Level Review | | | | | | |
| Recommended by Supervisor or Initiating Office | Assistant Secretary | EX | | IV | ksh | 9/8/93 |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacant, specify)

18. Department, Agency, or Establishment: Department of State

a. First Subdivision: Bureau of Intelligence and Research (INR)

b. Second Subdivision

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor

Signature | Date

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

Robert G. Deason, Executive Director

Signature: [signature] | Date: 9/8/93

21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action

THERESA A. MANLY, DIRECTOR PER/CSP

Signature: William R. Whitworth | Date: 9/9/93

22. Position Classification Standards Used in Classifying/Grading Position

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks



25. Description of Major Duties and Responsibilities (See Attached)

7540-00-634-4265 Previous Edition Usable 5008-106 OF 8 (Rev. 1-85) U.S. Office of Personnel Management

Assistant Secretary
Bureau of Intelligence
and Research (INR)
EX-IV

The Assistant Secretary of the Bureau of Intelligence and Research reports directly to the Secretary of State on all intelligence matters, providing him and his principals with current intelligence on fast-breaking issues and with timely and objective analyses on critical foreign policy priorities, both immediate and long term. The Assistant Secretary also serves as the Department's liaison with other members of the Intelligence Community on questions of information, analyses, resources and operations; prepares, in collaboration with other agencies of the Intelligence Community, national estimates on intelligence and foreign policy questions; and offers alternate judgments when necessary to keep community assessments focussed on the Secretary's policy needs.

The Assistant Secretary is charged by the Secretary with ensuring that the wide range of US intelligence activities abroad are consistent with US policy, that ongoing activities are adjusted to reflect Administration foreign policy priorities in the post-Cold War environment, and that both risks and gains to the U.S. national interests are evaluated carefully before sensitive activities are initiated or continued. In this connection, the Assistant Secretary represents the Department in various interagency fora.

In fulfilling these intelligence coordination responsibilities, the Assistant Secretary also maintains close and discreet liaison with the intelligence and law enforcement agencies, policy officials in the Department, the NSC and elsewhere in the Executive Branch, and with chiefs of mission abroad. The Assistant Secretary also keeps the Department informed of the work of independent scholars and experts by maintaining an active program of conferences and external research to link State policymakers to foreign affairs experts in the academic and foundation communities.

* * *

To carry out these responsibilities, INR's staff of approximately 350 performs intelligence analysis in a variety of functional and geographic specialities, and coordinates activities with the intelligence agencies. The Assistant Secretary is responsible for guiding the activities of the

Bureau on a day-to-day basis and for shaping its long-range goals, including the most effective allocation of personnel and other resources.

INR is a member of the Intelligence Community and the Assistant Secretary is a member of the National Foreign Intelligence Board (NFIB), the senior interagency body responsible for the substantive evaluation of foreign intelligence questions in the U.S. Government. Chaired by the Director of Central Intelligence (DCI), NFIB membership also includes the Directors of the National Security Agency and the Defense Intelligence Agency, representatives of the Treasury, FBI, and the Department of Energy, as well as observers from each of the military service intelligence operations. The Assistant Secretary is also a member of the DCI's Executive Committee, a smaller group of heads of members of the Intelligence Community responsible for advising the DCI in important managerial, budget, and intelligence policy matters.

In addition, the Assistant Secretary advises and supports the Secretary, the Deputy Secretary, and the Under Secretary for Political Affairs in their participation in National Security Council level bodies concerned with foreign intelligence matters.

The Assistant Secretary also serves as the chairperson of the Russian, Eurasian and East European Studies Advisory Committee which manages the Title VIII program, a grant program funded by the Congress for senior-level academic research on these regions.

# FUNCTIONS AND RESPONSIBILITIES

Assistant Secretary of State for
Intelligence and Research

The Assistant Secretary of the Bureau of Intelligence and Research of the Department of State reports directly to the Secretary of State on all intelligence matters, providing him and his principals with current intelligence on fast-breaking issues and with timely and objective analyses on critical foreign policy priorities worldwide, both immediate and long term. The Assistant Secretary is the senior intelligence advisor to the Secretary and other Department principals.

The Assistant Secretary also serves as the Department's liaison with other members of the Intelligence Community on questions of information, analysis, resources, collection, and operations; prepares, in collaboration with other agencies of the Intelligence Community, national estimates on intelligence and foreign policy questions; and offers alternate judgments when necessary to keep community assessments focused on the Secretary's policy needs.

The Assistant Secretary is charged by the Secretary with ensuring that the wide range of US intelligence activities abroad is consistent with US policy, that ongoing activities are adjusted to reflect Administration foreign policy priorities, and that both risks and gains to the U.S. national interests are evaluated carefully before sensitive activities are initiated or continued. In this connection, the Assistant Secretary represents the Department in various interagency fora.

The Assistant Secretary serves as the Senior Officer of the Intelligence Community (SOIC) for the Department of State. As the SOIC, the Assistant Secretary has designated the Bureau of Diplomatic Security certain responsibility within the NFIP for the protection of sensitive compartmented information (SCI) and other intelligence-related material, consistent with the applicable Director of Central Intelligence Directives (DCIDs). Certain responsibilities and authorities of the SOIC are not affected by the designation.

In fulfilling these intelligence coordination responsibilities, the Assistant Secretary also maintains close and discreet liaison with the intelligence and law enforcement agencies, policy officials in the Department, the NSC and elsewhere in the Executive Branch, and with chiefs of mission abroad.

The Assistant Secretary also keeps the Department informed of the work of independent scholars and experts by maintaining an active program of conferences and external research to link State policymakers to foreign affairs experts in the academic and non-governmental communities.

To carry out these responsibilities, the Assistant Secretary oversees a staff of over 300 who perform all-source intelligence analysis in a variety of functional and

geographic specialties, and coordinates activities with the intelligence agencies. The Assistant Secretary is responsible for guiding the activities of the Bureau on a day-to-day basis and for shaping its long-range goals.

INR is a member of the Intelligence Community and the Assistant Secretary is a member of the National Foreign Intelligence Board (NFIB), the senior interagency body responsible for the substantive evaluation of foreign intelligence questions in the U.S. Government. Chaired by the Director of Central Intelligence (DCI), NFIB membership also includes the Directors of the National Security Agency and the Defense Intelligence Agency, representatives of the Treasury, FBI, and the Department of Energy, as well as observers from each of the military service intelligence operations.

In addition, the Assistant Secretary advises and supports the Secretary of State, the Deputy Secretary, and the Under Secretary for Political Affairs in their participation in National Security Council level bodies concerned with foreign policy, national security, and intelligence matters.

The Assistant Secretary also serves as the chairperson of the Russian, Eurasian and East European Studies Advisory Committee which manages the Title VIII program, a grant program funded by the Congress for senior-level academic research on these regions.

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

1. Agency Position No. S-90578

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| [X] Redescription [ ] New [ ] Reestablishment [ ] Other; Explanation *(Show any positions replaced)*: Modification to SES position S-85186 | [X] Hdqtrs. [ ] Field | Washington, DC | Washington, DC | DSES0933 |
| | | 7. Fair Labor Standards Act: [X] Exempt [ ] Nonexempt | 8. Financial Statements Required: [X] Executive Personnel Financial Disclosure [ ] Employment and Financial Interests | 9. Subject to IA Action: [ ] Yes [X] No |
| | | 10. Position Status: [ ] Competitive [ ] Excepted *(Specify in remarks)* [X] SES (Gen.) [ ] SES (CR) | 11. Position Is: [ ] Supervisory [X] Managerial [ ] Neither; 12. Sensitivity: [ ] 1-Non-Sensitive [ ] 3-Critical Sensitive [ ] 2-Noncritical Sensitive [X] 4-Special Sensitive | 13. Competitive Level Code; 14. Agency Use |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date *(mm-dd-yyyy)* |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Deputy Assistant Secretary | ES | 0132 | 00 | jhm | 11/04/04 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Deputy Assistant Secretary | ES | 132 | 00 | ksh | 10-19-04 |

16. Organizational Title of Position *(if different from official title)*

062000

17. Name of Employee *(if vacant, specify)*

18. Department, Agency, or Establishment

Department of State

a. First Subdivision

Bureau of Intelligence and Research (INR)

b. Second Subdivision

DAS for Analysis and Information Management (AIM)

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

20. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor

Thomas Fingar
Assistant Secretary

Signature: Thomas Fingar  Date *(mm-dd-yyyy)*: 10/21/2004

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*

Signature  Date *(mm-dd-yyyy)*

21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action

Signature: Sharlyn G. Grigsby  Date *(mm-dd-yyyy)*: 11-17-04

22. Position Classification Standards Used in Classifying Grading Position

GS-0132, intelligence series

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date *(mm-dd-yyyy)* | Initials | Date *(mm-dd-yyyy)* | Initials | Date *(mm-dd-yyyy)* | Initials | Date *(mm-dd-yyyy)* | Initials | Date *(mm-dd-yyyy)* |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

25. Description of Major Duties and Responsibilities *(See Attached)*

NSN 7540-00-634-4265  Previous Edition Usable  5008-106  OF 8 (Rev. 8-99) U.S. Office of Personnel Management FPM Chapter 295

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

1. Agency Position No. S-85186

2. ... for Submission ... cription / New / Reestablishment / Other

3. Service: [X] Hdqtrs. [ ] Field

4. Employing Office Location: Washington, DC

5. Duty Station: Washington, DC

6. OPM Certification No.

7. Fair Labor Standards Act: [X] Exempt [ ] Nonexempt

8. Financial Statements Required: [X] Executive Personnel Financial Disclosure [ ] Employment and Financial Interests

9. Subject to IA Action: [ ] Yes [X] No

Explanation *(Show any positions replaced)*: In lieu of S-70814, DAS for Analysis

10. Position Status: [ ] Competitive [ ] Excepted *(Specify in remarks)* [X] SES (Gen.) [ ] SES (CR)

11. Position Is: [ ] Supervisory [X] Managerial [ ] Neither

12. Sensitivity: [ ] 1-Non-Sensitive [ ] 2-Noncritical Sensitive [ ] 3-Critical Sensitive [X] 4-Special Sensitive

13. Competitive Level Code: DS50723

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Deputy Assistant Secretary | ES | 150 | 00 | (E | 9/6/01 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Deputy Assistant Secretary | ES | 150 | 00 | ksh | 07/09/01 |

16. Organizational Title of Position *(if different from official title)*: 062000

17. Name of Employee *(if vacant, specify)*

18. Department, Agency, or Establishment: Department of State

a. First Subdivision: Bureau of Intelligence and Research (INR)

b. Second Subdivision: Analysis and Information Management (AIM)

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

20. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor: Carl W. Ford, Jr.

Signature: [signature] Date: 7/20/01

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*

Signature Date

21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action: Sharlyn A. Grigsby, Director, HR/CSP

Signature: [signature] Date: 9/7/01

22. Position Classification Standards Used in Classifying Grading Position: GS-0150, GEOGRAPHY SERIES, 8/63, TS-47; GS-0132, INTELLIGENCE SERIES

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks



25. Description of Major Duties and Responsibilities *(See Attached)*

# DEPUTY ASSISTANT SECRETARY FOR ANALYSIS AND INFORMATION MANAGEMENT

## Introduction

Subject to the broad executive direction of the Assistant Secretary for Intelligence and Research, the incumbent serves as Deputy Assistant Secretary for Analysis and Information Management (INR/AIM), with responsibility for providing leadership and direction in the development, coordination, and implementation of a comprehensive intelligence production program for the Department of State on Africa and Global Issues. The incumbent also has primary responsibility for providing geographic and imagery support to diplomacy and for information management, including electronic dissemination of intelligence products in Washington, and to overseas posts. ~~The incumbent also serves as the Department of State Geographer.~~ 10/19/04

## Duties and Responsibilities

Is responsible for the development, coordination, and oversight of regional and functional intelligence matters for the Bureau. The incumbent supervises two analytical offices (Africa and Global Issues and War Crimes), two information support offices (Information Systems and Global Information Systems and Imagery Support) and INR's Current Intelligence Staff. The DAS is also responsible for supervision of the INR Front Office special assistants.

Establishes priorities, determines program emphasis, and makes general policy decisions. In this respect, the incumbent also has a direct interest in staffing problems and in recruitment of qualified applicants to fill vacancies within the offices supervised.

Plans and supervises the production of the bureau's current intelligence and in-depth research. The incumbent is thus responsible for the preparation of spot reports, quick reaction analyses, and immediate and long-range estimates and studies on political, economic, and sociological developments within the purview of the offices listed above.

The Deputy Assistant Secretary also serves as The Geographer of the United States and provides direction and supervision of geographic and imagery support to Department operations, in Washington and overseas.

Has responsibility for the programming, preparation, review, and approval of Department of State contributions to National Intelligence Estimates and other Intelligence Community analytical and estimative studies.

Is one of the focal points for continuous scrutiny of developments in foreign areas through the review and analysis of incoming materials and reports, through attendance at key policy meetings, and through review of the end-products of the Bureau's production. Maintains continuous liaison with top officials in the Department and within the Intelligence and National Security Communities. Represents the Department of State at high-level inter-departmental working groups dealing with complex intelligence judgments of broad inter-regional scope.

Maintains knowledge of major developments in the field of foreign affairs, of the immediate problems facing the Intelligence Community, and the all-source information funneling in from worldwide reporting sources. Is responsible for utilizing this knowledge to advise the Assistant Secretary on immediate and long range programs of intelligence policy analysis and research.

Undertakes special assignments for the Assistant Secretary on matters related to the work of the Intelligence Community and the Department, including implementation of a comprehensive information management system for the Bureau that will significantly increase access to the Internet and more effective electronic dissemination of intelligence to Department policymakers.

Supervision Received

The incumbent is subject only to the broad executive direction of the Assistant Secretary. Decisions are reviewed for consistency with agency policy in the field of intelligence.

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

1. Agency Position No. S-55815

2. Reason for Submission: Redescription [ ] New; Reestablishment [ ] Other

3. Service: [ ] Hdqrs. [X] Field

4. Employing Office Location: Washington, D.C.

5. Duty Station: Washington, D.C.

6. OPM Certification No.: DSES: 0087

Explanation *(Show any positions replaced)*

7. Fair Labor Standards Act: [X] Exempt [ ] Nonexempt

8. Financial Statements Required: [XX] Executive Personnel Financial Disclosure [ ] Employment and Financial Interests

9. Subject to IA Action: [ ] Yes [XX] No

10. Position Status: [ ] Competitive [ ] Excepted *(Specify in Remarks)* [X] SES (Gen.) [ ] SES (CR)

11. Position Is: [ ] Supervisory [X] Managerial [ ] Neither

12. Sensitivity: [ ] 1—Non-Sensitive [X] 3—Critical Sensitive [ ] 2—Noncritical Sensitive [ ] 4—Special Sensitive

13. Competitive Level Code

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Geographer | ES | 150 | 00 | RM | 8/8/89 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Geographer | ES | 150 | 00 | ksh | 8/2/89 |

16. Organizational Title of Position *(if different from official title)*

17. Name of Employee *(if vacant, specify)*

18. Department, Agency, or Establishment: Department of State

a. First Subdivision: Bureau of Intelligence and Research (INR)

b. Second Subdivision: Deputy Assistant for Functional Anaylsis and Research (FAR)

c. Third Subdivision: Office of the Geographer (GE)

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

20. **Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor: A. Peter Burleigh, Deputy Assist. Secretary

Signature: A. Peter Burleigh — Date: 8/2/89

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*: E. Michael Southwick, Exec. Director

Signature: E. M. Southwick — Date: 8/4/89

21. **Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action: Alex De La Garza, Director, PER/RMA

Signature: Alex De La Garza — Date: 8/8/89

22. Position Classification Standards Used in Classifying/Grading Position

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks: (SES up-date/cover sheet)



25. Description of Major Duties and Responsibilities *(See Attached)*

OF 8 (Rev. 1-85)