GEOGRAPHER

## Introduction

Subject to the general administrative direction of the Deputy Assistant Secretary for Functional Analysis and Research, Bureau of Intelligence and Research, serves as The Geographer for the Department of State and the Director of the Office of The Geographer. With extensive experience and knowledge of worldwide geographic concepts and a highly developed political analytical capability, makes critical assessments and effective analyses of geographic phenomena as related to and in support of the formulation of U.S. foreign policy.

## Major Duties and Responsibilities

Provides advice, prepares and supervises studies of a highly technical, complex and politically sensitive, geographic and cartographic nature for a variety of departmental areas. Particular emphasisis given to office studies of questions, processes, problems, and policies that deal with geographic aspects of international boundaries, maritime jurisdictions, population trends, refugee flows, international environmental problems, international organizations, geographic nomenclature, and other global issues.

Performs and supervises staff reports prepared for a variety of users which are concerned with the establishment and implementation of foreign policy positions. Provides Department guidance to both departmental and other users on such issues as: geographic names, including official designations of foreign states; sovereignty and territorial claims; international boundary changes and boundary disputes, including demarcation and delimitation of boundaries; the status of nations and their regional economic and/or political associations; current population estimates, trends in population growth and distribution, and population-related policies; migration patterns of and policies affecting refugees, displaced persons, and international legal and illegal migrants; international environmental problems and policies, including global climate change, air and water pollution, hazardous wastes, deforestation, endangered species, and international environment-related conferences and agreements; maritime jurisdiction claims, including maritime and polar region rsource issues; international organization activities, including United Nations agencies and international labor organizations; the status of professional geography in the U.S. and in foreign countries, and the issue of specialized maps in foreign relations discussions. Supervises the editing and publication of Geographic Notes, all office submissions to the Secretary's Morning Summary, and the International Boundary Study series.

Advises senior level officials of the Department on policy issues and prepares or supervises the preparation of policy statements and reports concerning the geographic and cartographic aspects of international relations and related political, social and economic sciences.

Maintains constant familiarity with the developments in the field of geography and cartography and possesses the ability to interpret the relationship of such developments to departmental needs.

Supervises office geographic research and cartographic programs to ensure that they respond to immediate and long-range requirements of the Bureau of Intelligence and Research and other State Department users.

Supervises staff efforts to maintain current files on all international geographical processes and problems and prepares or reviews all staff studies dealing with international and maritime boundary issues and geographic reports on sovereignty matters which are required to (a) establish consistency in cartographic portrayal of boundaries by all agencies and (b) provide guidance to U.S. Government agencies concerning prevailing U.S. policy with respect to sovereignty claims.

Reviews other government agencies' cartographic production showing international boundaries to determine the correctness of land and maritime boundary matters in which there may be uncertainty or soverignty disputes.

Provides guidance to other bureaus of the Department with respect to (a) basic geographic soundness of treaties established or to be established, boundaries recognized, territorial claims recognized, etc.; (b) geographic aspects of current problems under policy consideration.

Participates in and supervises staff assistance to Departmental policy planning entities and in interagency committee activities where geographic analysis of foreign policy is essential or beneficial.

Develops specific geographic research projects in support of departmental policy, utilizing for this purpose, wherever feasible, existing government facilities and/or the bureau's external research programs.

Serves as the Department's representative to the U.N. and other international organizations in the geographic, demographic, geodetic, cartographic and other related fields, or as deemed necessary assigns such duties to the appropriate officers.

Administers the Office of The Geographer, with responsibility for personnel management, development, and recruitment, allocation of office resources in the light of work requirments, and recommendations on work programs, current and projected personnel and other resource requirements.

Provides information and assistance to private sector organizations and the general public on relevant geographic questions.

The Director ensures that the DAS for Functional Analysis and Research is kept fully informed at all times of all pertinent substantive and administrative matters. He/She is responsible for the maintenance of effective relations with counterparts in the collection and research components of other US intelligence agencies and is responsive to work requirements that result from INR's membership in the intelligence community (e.g., estimates).

Supervision Received

The incumbent works under the broad and general administrative direction of the Deputy Assistant Secretary for Functional Analysis and Research. Results of work are normally accepted without significant change.

U. S. Department of State

# SENIOR EXECUTIVE SERVICE PERFORMANCE AGREEMENT

Executives in the U.S. Department of State are accountable for supporting the Department's mission. This agreement establishes annual performance expectations in this regard. These critical performance expectations consist of two parts: 1) **Responsibilities** that are common to all Department executives and 2) **Commitments** that are specific to individual executives. These expectations, established at the beginning of the rating period, serve as the basis for the executive's annual performance evaluation.

| | |
|---|---|
| NAME OF EMPLOYEE BEING RATED *(Last, First, MI)*<br>Wood William B. | SSN<br>[redacted] |
| TITLE<br>Deputy Assistant Secretary | BUREAU<br>INR |
| RATING OFFICIAL'S *(Last, First, MI)*<br>Ford Carl W | TITLE<br>Assistant Secretary of INR |
| PERIOD COVERED<br>08-01-02 thru 07-31-03 | |
| CHECK ONE:<br>☒ Annual Rating ☐ Departure Rating ☐ Other | |

## Part I: Critical Performance Expectations

**A. Responsibilities:** The following responsibilities (written at the "fully successful" level) reflect the core values of the Department and are shared by all Department Senior Executives.

1) Leadership: Demonstrates integrity, sound judgement and the highest ethical standards of public service. Leads organizational change, effectively communicating the Bureau/Office or Department mission, core values, and strategic goals to employees and other critical stakeholders and engaging them in the development of objectives that contribute to those goals. Motivates employees to achieve high performance by facilitating a positive workplace that fosters teamwork and open communication.

2) Employee Satisfaction: Promotes cooperation, flexibility and teamwork among employees. Ensures that, to the extent possible, employees have the tools and training to do their jobs. Provides continuous, constructive feedback to employees concerning individual and group performance including timely evaluations of performance. Coaches and develops employees so that they realize their full potential as members of the organization. Responds to employee concerns promptly, and takes corrective actions to maintain a safe and high-quality work environment.

3) Customer Satisfaction: Listens to customers, gathers their feedback, actively seeks to identify their needs and expectations, and effectively communicates those needs and expectations to employees. Ensures that employees are professional, fair, and responsive to individual customers. Evaluates organizational performance from a customer's point of view.

4) Business Results: Develops and executes plans to accomplish organizational objectives in sync with the Government Performance and Results Act. Reviews and analyzes business processes and performance measures, and seeks to improve results through collaboration with stakeholders. Establishes internal controls systems and pursues systematic resolutions for any program areas where potential for waste fraud, unauthorized use, misappropriation, or security breach exists. Safeguards all sensitive and classified materials.

5) Equal Employment Opportunity: Takes steps to implement the Bureau/Office or Department EEO and affirmative employment goals. Supports staff participation in special emphasis programs. Monitors work environment to prevent instances of discrimination or harassment. Initiates appropriate action to address instances of discrimination or harassment. Cooperates with EEO counselors, investigators, and other officials responsible for conducting inquiries into EEO complaints. Assigns work and makes employment decisions such as hiring, promotion, training and developmental assignments without regard to race, sex, color, national origin, religion, age, disability, sexual orientation, or prior participation in the EEO process.

B. **Commitments:** The incu[illegible]nt and his/her supervisor should descr[illegible] in the space below a limited number of critical actions, objectives and/or results that the incumbent will be expected to accomplish during the evaluation year. Commitments are derived from and directly contribute to program priorities and objectives established by the Bureau/Office strategic goals, and are written at the "fully successful" level. Commitments may be modified during the evaluation period if circumstances warrant, provided there are at least 120 days before the end of the evaluation period (to prevent having to extend the evaluation period).

1) Serves concurrently as the Geographer of the US Department of State and represents the Department at interagency and international bodies responsible for geographic issues, spatial data standards, and geographic information systems, as well as international boundaries and territorial disputes.

2) Supervises the work of INR's offices of Analysis for Africa, Global Issues, and Geographic Information and Imagery Support, as well as the interagency Humanitarian Information Unit, INR's 24-hour Watch, and the office of Information Systems.

3) Represents INR within the Department, and the Department in the Intelligence Community, interagency and international meetings.

4) Maintains appropriate management and internal controls to safeguard against waste, fraud, and abuse and safeguards all classified and sensitive (but unclassified) materials and equipment.

C. **Acknowledgment:**

At the beginning of the rating period, the employee and his/her Rating Official agreed to the critical performance expectations in A and B above.

[signature] 10/2/2002

Employee's Signature — Date *(mm-dd-yyyy)*

[signature] 3/4/03

Rating Official's Signature — Date *(mm-dd-yyyy)*

## Part II: Progress Review

This mandatory review generally occurs mid-way through the evaluation period. The Rating Official and the employee must address the employee's progress on performance expectations set forth in Part I.

3/28/03 [signature] [signature]

Date Review Conducted *(mm-dd-yyyy)* — Employee's Signature — Rating Official's Signature

## ...ON DESCRIPTION *(Please Read Instructions on the Back)*

1. Agency Position No. S-82273

...ason for Submission: ...Redescription; [X] New; ...Reestablishment; [ ] Other

...Explanation *(Show any positions replaced)*: In lieu of S-26934 (SFS)

3. Service: [X] Hdqtrs. [ ] Field

4. Employing Office Location: Washington, DC

5. Duty Station: Washington, DC

7. OPM Certification No.

7. Fair Labor Standards Act: [X] Exempt [ ] Nonexempt

8. Financial Statements Required: [X] Executive Personnel Financial Disclosure [ ] Employment and Financial Interests

9. Subject to IA Action: [ ] Yes [X] No

10. Position Status: [X] Competitive; [ ] Excepted *(Specify in remarks)*; [ ] SES (Gen.); [ ] SES (CR)

11. Position is: [ ] Supervisory; [X] Managerial; [ ] Neither

12. Sensitivity: [ ] 1-Non-Sensitive; [ ] 3-Critical Sensitive; [ ] 2-Noncritical Sensitive; [X] 4-Special Sensitive

13. Competitive Level Code: 301.00

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | EXECUTIVE DIRECTOR | ES | 0301 | 00 | BP | 1/18/00 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | OFFICE DIRECTOR | SES | 301 | 00 | KSH | 01/14/2000 |

16. Organizational Title of Position *(if different from official title)*: 061100

17. Name of Employee *(if vacant, specify)*

18. Department, Agency, or Establishment: Department of State

a. First Subdivision: Bureau of Intelligence and Research (INR)

b. Second Subdivision: Principal Deputy Assistant Secretary (PDAS)

c. Third Subdivision: Office of the Executive Director (EX)

d. Fourth Subdivision

e. Fifth Subdivision

...Employee Review-This is an accurate description of the major duties ...and responsibilities of my position.

Signature of Employee *(optional)*

20. **Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor: Donald W. Keyser, Principal Deputy Assistant Secretary

Signature: [signature] Date: 1/14/00

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*

Signature Date

21. **Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action: Sharlyn A. Grigsby, Director, PER/CSP

Signature: [signature] Date: 1/19/2000

22. Position Classification Standards Used in Classifying Grading Position: OPM SCS for GS-301, Jan. 1979; GSSG, Apr. 1993; Title 5 USC 3132

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks



25. Description of Major Duties and Responsibilities *(See Attached)*

Director
SES
INR/EX

INTRODUCTION

This incumbent of this position serves as Executive Director for the Bureau of Intelligence and Research, Department of State.

The Executive Director is a senior management advisor to the INR Assistant Secretary, the deputy assistant secretaries, sixteen office directors and two staff directors for management and administrative planning and operational matters for the Bureau. This includes contributing fully to the development and analysis of plans, policies and program to executive functional and programmatic responsibilities within the Department and the intelligence community (IC).

The Bureau of Intelligence and Research is tasked with supporting the Secretary of State on all intelligence matters, providing the Secretary and Department principals with current intelligence on fast-breaking issues, and with timely and objective analyses on critical foreign policy priorities. INR also is the Department's liaison with other members of the IC on questions of information management, analyses, resources and operations; prepares, in collaboration with other agencies of the IC, national estimates on intelligence and foreign policy questions; and offers alternate judgments when necessary to keep IC assessments focussed on the Secretary's policy needs.

The Executive Director manages an operating budget of about $36 million for FY 2000 (excluding salaries and benefits). This budget includes reimbursed funds from the intelligence community, placing additional responsibilities on the incumbent for budgetary planning, reporting and spending. The Executive Director prepares and defends all budgetary requests in compliance with Department and Congressional requirements.

The functions performed by the Bureau of Intelligence and Research are carried out under the applicable laws of the United States, to include: Executive Order 12333 dated December 4, 1981; 22 U.S.C.; 50 U.S.C.; the National Security Act of 1947, as amended; Intelligence Organizations Act of 1992; and other authorities, as appropriate.

As a ranking official in the Bureau, the Executive Director is a key member of the Bureau management team.

MAJOR DUTIES AND RESPONSIBILITIES

As a senior management advisor to the Assistant Secretary, this position is assigned leadership and direction for operational responsibilities, which transcend the functional and program responsibilities of the deputy assistant secretaries and the office directors. The incumbent is responsible for overall management

and administrative policy guidance and advice to the Assistant Secretary and the deputy assistant secretaries on the effective organization of the bureau, allocations of personnel and financial resources and key management policies and issues, and assistance in determining the bureau's direction in pursuing broad program goals and objectives.

This Executive Director performs the following major senior management duties and responsibilities on a regular and recurring basis; however, they are not all inclusive.

*Financial and Human Resource Management*
- The incumbent guides the overall direction of the bureau's financial plans, goals, and objectives, including the compilation of all pertinent bureau budget data for both the Department and the intelligence community, and its presentation to appropriate authorities, including Congress. Works with program managers on budget preparation, providing necessary budgetary and fiscal controls, and ensures that all internal controls are met. Coordinates office submissions for travel requests, helps prioritize those requests, and implements budgetary process for approved travel.

- Provides the policy guidance and supervises the development of the salaries and expenses positions and funds for the budget cycle from formulation to presentation to the Department, OMB and Congressional committees through the dual systems of the Department of State and the intelligence community. Acts as principal or supporting witness in the various budgetary hearings. Serves as financial manager for all bureau funds, including appropriated and reimbursed, as resources to service the needs of the bureau. Maintains liaison with the key offices in FMP and the intelligence community to assure optimal support for bureau operations. Assures management and maintenance of effective internal control systems for the financial assets of the bureau.

- Assures the preparation, submission and execution of the grant appropriation for the Program for Study of Eastern Europe and the Independent States of the Former Soviet Union (Title VIII), whose expenditures average more than $5 million per year.

- To meet the staffing needs of the bureau, provides policy guidance and assures the effective execution of the personnel recruitment and staffing program, position classification, employee relations and discipline, the EEO and Diversity programs, performance evaluation program, awards program, and organizational structuring. For key positions, provides assistance and leadership in the recruitment, selection and development of those candidates. Serves as the program manager with senior intelligence community managers in the administration of the Intelligence Community Assignment Program (ICAP), bringing detailees from other IC agencies into INR, which requires close interagency collaboration. Ensures that appropriate

provision is made for the training of managers and supervisors at all levels. Initiates or makes recommendations for changes in staffing or other corrective measures to maintain a high level of competence throughout the bureau.

- Assures that all requirements for contractual procurement for the bureau are fully met within the constraints established by the budget and procurement systems of the Department, GSA, and other procurement authorities. Oversees the internal control systems for bureau property and property expenditures.

*Bureau Management and Evaluation*

- Provides leadership for and manages the development and evaluation of policies, operating procedures, practices, and guidance to bureau managers on administrative management and effective organization of the bureau. Provides leadership, direction and guidance to all organizational segments of the bureau regarding such management activities as workload analysis, organization and structure, staffing, budget and fiscal regulations, procurement and contracting, personnel management, security, support services, information systems, and program evaluation techniques. Takes the lead in compiling and reviewing dual program plans which interface with both the Department and the intelligence community. Counsels bureau officials on management problems arising in connection with their responsibilities and recommends changes in policies, systems, organization, manpower, and methodology with the objective of enhancing the effectiveness of bureau operations.

- Establishes long-range management goals for the bureau and oversees the development and implementation of programs, systems and action plans to achieve such goals. Insures the maximum use of bureau resources, including recommending changes in the utilization of intra- and inter-departmental liaison and operational matters and taking the requisite steps to obtain needed resources. Evaluates the effectiveness of organizational structures and systems of operation and the conduct of management and organizational studies to meet the goals and objectives of the bureau, implementing changes as may be required. Serves as a point of contact for intelligence community senior managers in implementing the Director of Central Intelligence Strategic Planning Initiatives.

*Executive Office Management*

- Plans and directs the broad and complex operations and activities of the Executive Office, including these functions: budget and fiscal; information systems; personnel; security; and support services; and any other general administrative matters for the bureau.

- Provides oversight and guidance for the unique separate security program for special compartmented information (SCI) which falls within the responsibility of the Assistant Secretary. Assures the tenets of

the program are developed and revised as necessary, carried by the INR security officer and the security staff, and all facets of the program are handled with the utmost sensitivity and confidentiality. Collaborates with senior intelligence community managers to ensure all security requirements meet future needs.

- Oversees the continuing development and expansion of the INR information management systems. Assures that contractual requirements for hardware and software elements are clearly and fully developed in terms of state-of-the-art for computer systems and support the needs of the competitive bidding process, and connectivity and interoperability with the Department and the intelligence community are continued. Oversees and guides future planning for these systems.

*Agency and Government-wide Representation*
- Maintains positive and effective liaison with senior management of the Department of State (including managers in other bureaus in the Department) and senior management of other members of the intelligence community, such as CIA, DIA, and NSA. Performs extensive liaison duties with senior staff of Congressional intelligence committees. In carrying out these liaison responsibilities the incumbent speaks with authority on behalf of the bureau, and, as required, on behalf of the Department.

- Represents the bureau at meetings, committees, and task forces mandated to examine, study, and discuss foreign affairs and intelligence community management issues. Negotiates and speaks for the bureau during interagency negotiations over management issues. Works with Department regional bureaus and embassies on the placement of INR civil service analysts participating in the Overseas Analyst Program, including work scope, accommodations, financial issues, and other administrative arrangements.

*Supervision*
- The Executive Director reports to the INR Principal Deputy Assistant Secretary for overall policy direction, special project assignments, and performance appraisal. The incumbent is afforded wide latitude for independent action and exercises leadership, seasoned judgment, and executive responsibility in planning, developing, managing, and evaluating the functions and projects assigned, managing the executive office, and in developing and recommending bureau policies, guidelines, programs, and operations. As Office Director, the incumbent supervises a staff of more than 25 direct-hire employees and 10 professional contractors directly and through first-and second-level supervisors.