OTHER FACTORS

INR plays a unique in the foreign policy process, as it is a bureau of the Department of State, supporting the Secretary of State on all intelligence matters which may affect foreign policy, and is also a member of the intelligence community. The incumbent must be intimately knowledgeable of both the foreign policy and intelligence communities to enhance coordination on national security issues and to ensure the high standard of INR's sensitive and timely intelligence products are maintained for the Secretary of State.

This position is special-sensitive. The incumbent must have, and maintain clearance for access to special compartmented information.

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

1. Agency Position No. S-90573

2. Reason for Submission: ☐ Redescription ☒ New ☐ Reestablishment ☐ Other
Explanation *(Show any positions replaced)*: in lieu of S-55815

3. Service: ☒ Hdqtrs. ☐ Field

4. Employing Office Location: Washington, DC

5. Duty Station: Washington, DC

6. OPM Certification No. DSE50930

7. Fair Labor Standards Act: ☒ Exempt ☐ Nonexempt

8. Financial Statements Required: ☐ Executive Personnel Financial Disclosure ☐ Employment and Financial Interests

9. Subject to IA Action: ☐ Yes ☒ No

10. Position Status: ☒ Competitive ☐ Excepted *(Specify in remarks)* ☐ SES (Gen.) ☐ SES (CR)

11. Position is: ☐ Supervisory ☐ Managerial ☒ Neither

12. Sensitivity: ☐ 1-Non-Sensitive ☐ 2-Noncritical Sensitive ☐ 3-Critical Sensitive ☒ 4-Special Sensitive

13. Competitive Level Code

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date *(mm-dd-yyyy)* |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Geographer | GS | 150 | ES | JPG | 10/12/2004 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Geographer | SES | 150 | 00 | ksh | 09-29-04 |

16. Organizational Title of Position *(if different from official title)*: 064600 Office Director

17. Name of Employee *(if vacant, specify)*

18. Department, Agency, or Establishment: Department of State
a. First Subdivision: Bureau of Intelligence and Research (INR)
b. Second Subdivision: Office of The Geographer and Global Issues (GGI)
c. Third Subdivision
d. Fourth Subdivision
e. Fifth Subdivision

19. Employee Review-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

20. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor
William Wood
Deputy Assistant Secretary
Signature: [signature] Date *(mm-dd-yyyy)*: 09-29-2004

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*
Leona M. Coulombe
Executive Director
Signature: Leona M. Coulombe Date *(mm-dd-yyyy)*: 09/29/2004

21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action
Sharlyn Grigsby, Director, Civil Service Pers
Signature: Sharlyn A Grigsby Date *(mm-dd-yyyy)*: 11-17-04

22. Position Classification Standards Used in Classifying Grading Position
GS-150-Geographer Std.
GS-132 - Intelligence Series
Policy Analysis Grade Evaluation Guide

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date *(mm-dd-yyyy)* | Initials | Date *(mm-dd-yyyy)* | Initials | Date *(mm-dd-yyyy)* | Initials | Date *(mm-dd-yyyy)* | Initials | Date *(mm-dd-yyyy)* |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

22

25. Description of Major Duties and Responsibilities *(See Attached)*

GEOGRAPHER

Introduction

Subject to the general administrative direction of the Deputy Assistant Secretary for Functional Analysis and Research, Bureau of Intelligence and Research, serves as The Geographer for the Department of State and the Director of the Office of The Geographer. With extensive experience and knowledge of worldwide geographic concepts and a highly developed political analytical capability, makes critical assessments and effective analyses of geographic phenomena as related to and in support of the formulation of U.S. foreign policy.

Major Duties and Responsibilities

Provides advice, prepares and supervises studies of a highly tecnnical, complex and politically sensitive, geographic and cartographic nature for a variety of departmental areas. Particular emphasisis given to office studies of questions, processes, problems, and policies that deal with geographic aspects of international boundaries, maritime jurisdictions, population trends, refugee flows, international environmental problems, international organizations, geographic nomenclature, and other global issues.

Performs and supervises staff reports prepared for a variety of users which are concerned with the establishment and implementation of foreign policy positions. Provides Department guidance to both departmental and other users on such issues as: geographic names, including official designations of foreign states; sovereignty and territorial claims; international boundary changes and boundary disputes, including demarcation and delimitation of boundaries; the status of nations and their regional economic and/or political associations; current population estimates, trends in population growth and distribution, and population-related policies; migration patterns of and policies affecting refugees, displaced persons, and international legal and illegal migrants; international environmental problems and policies, including global climate change, air and water pollution, hazardous wastes, deforestation, endangered species, and international environment-related conferences and agreements; maritime jurisdiction claims, including maritime and polar region rsource issues; international organization activities, including United Nations agencies and international labor organizations; the status of professional geography in the U.S. and in foreign countries, and the issue of specialized maps in foreign relations discussions. Supervises the editing and publication of Geographic Notes, all office submissions to the Secretary's Morning Summary, and the International Boundary Study series.

Advises senior level officials of the Department on policy issues and prepares or supervises the preparation of policy statements and reports concerning the geographic and cartographic aspects of international relations and related political, social and economic sciences.

Maintains constant familiarity with the developments in the field of geography and cartography and possesses the ability to interpret the relationship of such developments to departmental needs.

Supervises office geographic research and cartographic programs to ensure that they respond to immediate and long-range requirements of the Bureau of Intelligence and Research and other State Department users.

Supervises staff efforts to maintain current files on all international geographical processes and problems and prepares or reviews all staff studies dealing with international and maritime boundary issues and geographic reports on sovereignty matters which are required to (a) establish consistency in cartographic portrayal of boundaries by all agencies and (b) provide guidance to U.S. Government agencies concerning prevailing U.S. policy with respect to sovereignty claims.

Reviews other government agencies' cartographic production showing international boundaries to determine the correctness of land and maritime boundary matters in which there may be uncertainty or soverignty disputes.

Provides guidance to other bureaus of the Department with respect to (a) basic geographic soundness of treaties established or to be established, boundaries recognized, territorial claims recognized, etc.; (b) geographic aspects of current problems under policy consideration.

Participates in and supervises staff assistance to Departmental policy planning entities and in interagency committee activities where geographic analysis of foreign policy is essential or beneficial.

Develops specific geographic research projects in support of departmental policy, utilizing for this purpose, wherever feasible, existing government facilities and/or the bureau's external research programs.

Serves as the Department's representative to the U.N. and other international organizations in the geographic, demographic, geodetic, cartographic and other related fields, or as deemed necessary assigns such duties to the appropriate officers.

Administers the Office of The Geographer, with responsibility for personnel management, development, and recruitment, allocation of office resources in the light of work requirments, and recommendations on work programs, current and projected personnel and other resource requirements.

Provides information and assistance to private sector organizations and the general public on relevant geographic questions.

The Director ensures that the DAS for Functional Analysis and Research is kept fully informed at all times of all pertinent substantive and administrative matters. He/She is responsible for the maintenance of effective relations with counterparts in the collection and research components of other US intelligence agencies and is responsive to work requirements that result from INR's membership in the intelligence community (e.g., estimates).

Supervision Received

The incumbent works under the broad and general administrative direction of the Deputy Assistant Secretary for Functional Analysis and Research. Results of work are normally accepted without significant change.

# POSITION DESCRIPTION (Please Read Instructions on the Back)

1. Agency Position No. S-82284
2. Reason for Submission: [ ] Redescription [x] New [ ] Reestablishment [ ] Other
Explanation (Show any positions replaced)
3. Service: [x] Hdqrs. [ ] Field
4. Employing Office Location: Washington, DC
5. Duty Station: Washington, DC
6. OPM Certification No.
7. Fair Labor Standards Act: [x] Exempt [ ] Nonexempt
8. Financial Statements Required: [ ] Executive Personnel Financial Disclosure [x] Employment and Financial Interests
9. Subject to IA Action: [ ] Yes [x] No
10. Position Status: [x] Competitive [ ] Excepted (Specify in Remarks) [ ] SES (Gen.) [ ] SES (CR)
11. Position Is: [x] Supervisory [ ] Managerial [ ] Neither 2
12. Sensitivity: [ ] 1—Non-Sensitive [ ] 2—Noncritical Sensitive [ ] 3—Critical Sensitive [x] 4—Special Sensitive
13. Competitive Level Code: 150-01
14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | SUPERVISORY GEOGRAPHER | GS | 150 | 15 | BP | 2/1/2000 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Geographer | GS | 150 | 15 | ksh | 1/6/00 |

16. Organizational Title of Position (if different from official title): ~~062850~~ DEPUTY OFFICE DIRECTOR
17. Name of Employee (if vacant, specify)

18. Department, Agency, or Establishment: Department of State
a. First Subdivision: Bureau of Intelligence and Research (INR)
b. Second Subdivision: Deputy Asst Secretary for Intel Policy and Coordination (IPC)
c. Third Subdivision: Office of The Geographer and Global Issues (GGI)
d. Fourth Subdivision
e. Fifth Subdivision

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.
Signature of Employee (optional): [signature]

20. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor: William Wood, Office Director
Signature: [signature] Date: 1/6/2000

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional): Nancy C. May, Acting Executive Director
Signature: Nancy C. May Date: 1/6/2000

21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*
Typed Name and Title of Official Taking Action: PER/CSP/C
Signature: George Youmanich Date: 2-2-2000

22. Position Classification Standards Used in Classifying/Grading Position: OPM PCS for GS-150, Aug. 1963; GSSG, Apr. 1993

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks: POSITION APPROVED AS DEPUTY OFFICE DIRECTOR BY PER/CSP AS 5.G.E.5B(?) POSITION COULD HAVE MET THE CRITERIA FOR INCLUSION IN PHRS.

25. Description of Major Duties and Responsibilities (See Attached)

NSN 7540-00-634-4265 Previous Edition Usable 5008-106 OF 8 (Rev. 1-85) U.S. Office of Personnel Management FPM Chapter 295

Geographer
GS-150-15
INR/GGI
org code 062850

INTRODUCTION

The incumbent serves as Deputy Director, Office of The Geographer and Global Issues, Bureau of Intelligence and Research. The office is under the Deputy Assistant Secretary for Intelligence Policy and Coordination. In addition to serving as Deputy Geographer for the Department of State, the incumbent is chief of the Global Issues Division - responsible for all INR/GGI matters involving global issues, and serves as senior advisor to the Director on geographic and global issues and programs as they pertain to United States foreign policy.

DUTIES AND RESPONSIBILITIES

SERVES AS DEPUTY DIRECTOR, INR/GGI. ASSUMES DUTIES AS DIRECTOR WHEN THE DIRECTOR IS ABSENT. SERVES AS CHIEF OF GGI'S GLOBAL ISSUES DIVISION 50%

- Acts as Director's alter ego, supervises office activities related to global issues, and acts with the authority of The Geographer in his absence.

- Advises the INR Assistant Secretary and Deputy Assistant Secretaries on fast-breaking and complex global and geographic issues.

- Counsels senior policy makers on GGI's congressionally mandated responsibilities related to the depiction of international boundaries and foreign place names.

- Manages key daily analytical functions of the office: organizing daily intelligence briefings for functional policy bureaus; responding to information requests from senior policy makers; tasking and editing written reports by office analysts; coordinating intelligence community production; briefing senior U.S. and foreign officials; and overseeing daily office production while protecting all electronic and paper documents in INR/GGI.

- Provides intelligence support to the Assistant and Deputy Assistant Secretaries of key functional bureaus (PRM, DRL, IO, OES) - meeting their daily intelligence needs.

- Oversees all Global Issues Division operations. Prepares reports, tasks analysts with drafting timely briefs on a broad range of current global issues, guides and edits their work, coordinates inter-office and inter-bureau clearances as needed, ensures prompt submission to the Secretary's Morning Intelligence Summary, and oversees production of the GGI publication Environment and Sustainable Development Update.

- Advises senior officials on the use of geographic information systems applications for humanitarian crises and global issues.

- Briefs senior INR Department officials in support of diplomatic negotiations on critical foreign policy issues.

- Rates all foreign service and civil service analysts dealing with global issues.

- Represents the Department at Intelligence Community interagency meetings dealing with global issues and humanitarian concerns that affect national security, particularly National Intelligence Estimates.

- Protects highly classified documents and ensures proper safeguards for sensitive sources and methods.

SERVES AS THE SENIOR US GOVERNMENT EXPERT ON INTELLIGENCE AND GEOGRAPHIC ASPECTS OF GLOBAL ISSUES AND HUMANITARIAN CRISES, AND ON GEOGRAPHIC INFORMATION SUPPORT FOR DIPLOMACY. 50%

- As the Deputy Geographer, advises senior policy makers on interpretation of fast-breaking humanitarian crises that affect diplomatic missions and national strategic interests.

- Leads interagency meetings of senior managers from other US government agencies on intelligence community support during humanitarian interventions.

- Directs the use of geographic information system applications in support of humanitarian and diplomatic objectives.

- Maintains close contacts with other internationally renowned geographers and experts in areas of responsibility.

- Organizes and leadss in conferences on global issues topics involving senior scholars and government officials.

- Counsels senior policy makers on the proper depiction of international boundaries and disputed territories and resources, particularly in conflict areas.

- Orchestrates a vast electronic database of intelligence documents to ensure rapid retrieval and analysis of current global issues.

FACTOR 1 - KNOWLEDGE REQUIRED BY THE POSITION

Knowledge of theories and principals of geography, applied in analyzing and evaluating factors and conditions involved in the administration of U.S. foreign policy.

Mastery of geographic methods and techniques to produce policy relevant assessments that involve the research and analysis of information derived from a variety of sources.

Mastery of one or more functional specialty areas, such as political or regional geography, to provide expert advice and guidance with regard to the policy implications of issues and developments in an assigned specialty area.

Knowledge of current U.S. foreign policy objectives and programs to assess the relevancy and implications of global geographic issues, developments, and events affecting the formulation and execution of U.S. foreign policy.

Knowledge of U.S. foreign affairs information sources, processes, and organizations in order to apply the full range of available information resources and capabilities in supporting the needs of the Department.

Knowledge of Department goals, objectives, programs, and relationships to provide expert analytical and advisory services that are responsive to the specialized needs of the organizations supported.

Knowledge of the Department of State functional bureaus supported by INR/GGI and the key issues they address, including the Bureau of International Organizations (IO) and the U.S. Mission to the United Nations (USUN), as well as bureaus reporting to the Under Secretary for Global Affairs (G): Population, Refugees, and Migration (PRM); Democracy, Human Rights, and Labor (DRL); and Oceans and International Environmental and Scientific Affairs (OES).

Ability to establish liaison at all levels throughout the foreign policy and intelligence communities to exchange information vital to both spheres of operation.

Skill in oral and written communication to prepare and present analyses, provide guidance, solicit information, defend proposals, and negotiate agreements.

FACTOR 2 - SUPERVISORY CONTROLS

This position reports to and is accountable to the Director, INR/GGI (The Geographer), a SES level position.

FACTOR 3 - GUIDELINES

The guidelines include basic legislation and broad agency policy statements. Frequently there are no precedents to govern behavior in unusual and sensitive situations.

The incumbent must exercise considerable judgment interpreting and adapting existing precedents and in developing new or improved approaches to analyze, develop, and present authoritative information or analysis on controversial and nationally important subjects to persons with conflicting views. The methods and procedures developed often serve as precedents for others.

FACTOR 4 - COMPLEXITY

The work calls for application of the broad functions and processes of a profession in geographic and foreign affairs issues in developing or implementing items of U.S. foreign policy. The issues are often characterized by unusual demands due to extraordinary public interest or varied cultural considerations. The incumbent evaluates and interprets policies and projects, develops a range of alternatives for the solution of problems, and coordinates the work of other professionals in a variety of disciplines to accomplish several phases of complex projects concurrently or sequentially. Problems are often undefined interrelationships, and competing and powerful interests. Variables to be considered often cross disciplinary lines. The work aids in the conduct of foreign relations and assists policy makers in interpreting and analyzing problems of national or international significance. The incumbent organizes and presents options, and often is required to anticipate the direction of questions.