FACTOR 5 - SCOPE AND EFFECT

The purpose of the work is to support The Geographer in planning and conducting the work of The Office of The Geographer and Global Issues. This work provides policy makers with authoritative information and analyses and provides a basis for decisions affecting major current and long-range policies and proposals that affect the activities and operations of the executive or legislative branches of the Federal Government.

FACTOR 6 - PERSONAL CONTACTS

Personal contacts are with officials at the policy making level and their senior staff, with high level policy analysis and program staff in other agencies, with high ranking state and local officials, and with individuals of recognized professional standing in academic, research, professional, and national and international organizations, including the United Nations and non-governmental organizations.

Contacts are often characterized by their unstructured settings, by the presence and participation of policy making support staff, by the ~~flexibility of approach and breadth of subject matter, and by the need~~ to establish during the contact the role and authority of the participants. Contacts with specific policy makers and senior staff are usually frequent and recurring. Contacts may be initiated by other parties, as well as by the officer.

FACTOR 7 - PURPOSE OF CONTACTS

The purpose of contacts is to present information and balanced analyses of recognized professional competence on complex geographic and foreign policy questions to policy makers; to participate in conferences, meetings, and presentations involving problems or public policy issues that have great sensitivity of international consequence or importance; to establish and maintain liaison with executive branch appointees of Members of Congress and their respective staffs on issues of mutual interest and concern; to negotiate with policy makers on the type, nature, and timing of policy analysis assistance; to correlate professional geographic knowledge and expertise with foreign affairs questions; to identify emerging issues within the area of competence for clients; and to coordinate major research and analytical efforts for the solution of important public policy questions.

FACTOR 8 - PHYSICAL DEMANDS

The incumbent may be required to travel in the US and abroad, but, in the main, the work is sedentary with some walking and commuting to meetings and conferences. No special physical effort or ability is required to perform the work.

FACTOR 9 - WORK ENVIRONMENT

The work environment includes the array of risks and discomforts normally found in offices, conference rooms, libraries, and similar settings. The work is usually performed in a normal office setting, although the office will be a part of a Sensitive Compartmented Information Facility. Common sense safety precautions are observed. There may be intermittent exposure to varied weather conditions when traveling to and from the work site.

OTHER SIGNIFICANT FACTS

The sensitivity level of the position is Special-Sensitive. The ~~incumbent must be eligible for and maintain Sensitive, Compartmented~~ Information access.

CLASSIFIER'S NOTE

The attached PD S-82284, Supervisory Geographer, GS-150-15, is established based on the provisions controlling the grading of deputy positions in the General Schedule Supervisory Guide, that is, it is graded one grade below the position to which it is a deputy.

Previously, the position was graded as a Geographer, GS-150-14, and the same grade resulted from the application of the GSSG criteria (not as a deputy.) Fifty percent of duties are still those of non-supervisory Geographer, and this qualification is still dominant and controls our assignment of the occupational series.

Bplavsic
Position Classification Specialist 1 February 2000

U.S. Department of State

# EMPLOYEE PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL REPORT

## GENERAL SCHEDULE, SENIOR LEVEL AND PREVAILING RATE EMPLOYEES

### SECTION I - EMPLOYEE DATA

Employee Name *(Last, First, Middle)*
SCHWARTZ LEE

Social Security Number [redacted]

Position Title Supervisory Geographer

Period Covered

Office Symbol INR/GGI/GI

From: *(mm-dd-yyyy)* 01-01-03

Pay Plan, Series, and Grade

To: *(mm-dd-yyyy)* 12-31-03

Type of Report: ☒ Rating of Record or Interim Rating: (a) Employee Departure ☐ (b) Change of Rating Official ☐ or (c) Other ☐

### SECTION II - PERFORMANCE PLAN - JOB ELEMENTS AND PERFORMANCE STANDARDS

**PART 1 -- CERTIFICATION OF PERFORMANCE PLAN - JOB ELEMENTS and PERFORMANCE STANDARDS:**

A. ☒ The rating official and employee agreed to the Performance Plan on 03-11-03 *(Date (mm-dd-yyyy).*

B. ☐ If changes were made to the performance plan during the rating period, explain the change below and specify the date of the change.

C. ☐ The rating official and the employee did not agree on the Performance Plan, therefore, the rating official has informed the employee of the decision to establish the Plan and provided a copy of the Plan to the employee on ____________ *(Date (mm-dd-yyyy).*

William B. Wood
Type Name of Rating Official

[signature] 03-11-03
Signature of Employee — Date *(mm-dd-yyyy)*

[signature] 2-10-03
Signature of Rating Official — Date *(mm-dd-yyyy)*

n.a.r.o
Signature of Reviewing Official — Date *(mm-dd-yyyy)*

**PART 2 -- GENERIC PERFORMANCE STANDARDS:** The Generic Performance Standards are the primary basis for assigning element ratings in the Department of State. The Generic Performance Standards define levels of performance in terms of quality, quantity and extent of supervision required. The following definitions have been condensed. For the complete Generic Performance Standards (including standards for supervisory positions), refer to form DS-1966A, Generic Performance Standards.

**Outstanding:** This is a level of exceptionally high-quality performance. The quality and quantity of the employee's work substantially exceeds the fully successful standard and rarely leave room for improvement.
**Excellent:** This is a level of unusually good performance. The quality and quantity of work under this element are consistently above average.
**Fully Successful:** This is a level of good, sound performance. The quality and quantity of the employee's work under this element are those of a fully competent employee. The performance represents a level of accomplishment expected of a great majority of employees.
**Unacceptable:** The quality and quantity of the employee's work under this element are not adequate. The employee's work products fall short of requirements.

Name of Employee SCHWARTZ, LEE SSN: [redacted]

**PART 3A -- CRITICAL & NON-CRITICAL JOB ELEMENTS:** A job element is a statement of the major work assignments and responsibilities. Job elements should be clear, concise and consistent with the objectives of the organization and the requirements established for other employees with similar responsibilities. Once the job elements are established, they must be designated as critical or non-critical. (At least *one* element must be critical.) *A critical job element* is a work assignment or responsibility of such importance that unacceptable performance on the element would result in a determination that an employee's overall performance is unacceptable. A Performance Plan may contain up to a combined maximum of *five* critical and non-critical job elements (including mandatory elements such as "Supervision and Office Management", "Internal Controls", and/or "Security Awareness"; and no more than *two* "additional" elements. *(See instructions for definitions of non-critical and "additional" job elements.)*

**ELEMENT APPRAISAL:** Assess the employee's performance and assign an appraisal level that best describes the level achieved. O = Outstanding; E = Excellent; FS = Fully Successful; U = Unacceptable.

| JOB ELEMENT DESCRIPTION | ELEMENT APPRAISAL |
|---|---|

**JOB ELEMENT 1** ☒ Critical ☐ Non-Critical — O E FS U [redacted]

As Deputy Office Director and Chief, Global Issues Division (GGI/GI), Supervisory Geographer will: identify, plan, task, draft, edit, and evaluate current intelligence analysis and long range research projects in areas of division responsibility. The incumbent will advise the Office Director and senior policy makers on a broad range of foreign policy issues related to human rights, environment, boundaries, international organizations, and population, including key trends, causes, and likely consequences of humanitarian crisis-related events.

**JOB ELEMENT 2** ☒ Critical ☐ Non-Critical — O E FS U [redacted]

Manage all current intelligence briefs and bureau research support for senior principals in: Population, Refugees, and Migration Bureau; Democracy, Human Rights, and Labor Bureau; International Organizations Bureau, Oceans and International Environmental Scientific Affairs Bureau; the Washington Office of the US Mission to the United Nations; and the US Agency for International Development, including its Bureau of Humanitarian Response.

**JOB ELEMENT 3** ☒ Critical ☐ Non-Critical — O E FS U [redacted]

Represent the division--and the office, bureau, or department when needed--at interagency meetings on topics covered by division responsibilities. Coordinate the drafting, editing, and clearing of interagency products in areas of expertise.

Name of Employee SCHWARTZ, LEE SSN: [redacted]

JOB ELEMENT 4
☒ Critical ☐ Non-Critical

O E FS U
[redacted]

Maintain active liaison and exchange of information with government and academic geographers and other experts in topics related to division responsiblities; and participate when appropriate in relevant conferences, workshops, and other substantiate meetings with other experts.

JOB ELEMENT 5
☒ Critical ☐ Non-Critical

O E FS U
[redacted]

Maintains appropriate management and internal control systems to ensure that all physical, material and human resources are safeguarded against waste, fraud, unauthorized use or misappropriation; obligations incurred comply with applicable laws and regulations; and revenues and expenditures pertaining to the incumbents operation are promptly recorded and accounted for in accordance with Department procedures. Proactively identifies program areas where potential for waste, fraud, unauthorized use or misappropriation exists and pursues systematic resolution. Assumes full responsibility for safeguarding the security for all classified and sensitive *but unclassified) materials and equipment.

PART 3B -- ADDITIONAL JOB ELEMENTS: Rating officials have an option of using "additional" job elements. Please read the paragraph below on the appropriate use of "additional" elements before proceeding:
"Additional" job elements are an aspect of individual, team, or organizational performance. "Additional" elements are not used in assigning the overall summary level. "Additional" job elements may be used to: communicate work objectives; performance expectations for teams, groups or organizations; and to provide feedback to employees on their individual performance of developmental assignments and on details that are less than 120 days. "Additional" elements need not be appraised at any particular level, or be included in the initial Performance Plan. No more than two "additional" elements can be used in an appraisal period. The Unacceptable level is not used when "additional" elements are appraised.

ADDITIONAL JOB ELEMENT 1

O E FS
[redacted]

As Acting Director in the absence of The Geographer: Ensure smooth management of the office and prompt responses to any tasks levied on the office; and maintain rigorous standards of performance, conduct, and security.

ADDITIONAL JOB ELEMENT 2

O E FS
[redacted]

Supervise accurate, efficient, and secure record keeping of all files and reports handed by the division, particular those requiring special controls.

U.S. Department of State

# EMPLOYEE PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL REPORT

GENERAL SCHEDULE, SENIOR LEVEL AND PREVAILING RATE EMPLOYEES

## SECTION I - EMPLOYEE DATA

Employee Name *(Last, First, Middle)*
Daugherity Reid A.

Social Security Number [redacted]

Position Title Foreign Affairs Research Analyst

Period Covered

Office Symbol INR/GGI/GI

From: *(mm-dd-yyyy)* 01-01-2003

Pay Plan, Series, and Grade GS-132-14

To: *(mm-dd-yyyy)* 12-31-2003

Type of Report: ☒ Rating of Record or Interim Rating: (a) Employee Departure ☐ (b) Change of Rating Official ☐ or (c) Other ☐

## SECTION II - PERFORMANCE PLAN - JOB ELEMENTS AND PERFORMANCE STANDARDS

PART 1 -- CERTIFICATION OF PERFORMANCE PLAN - JOB ELEMENTS and PERFORMANCE STANDARDS:

A. ☒ The rating official and employee agreed to the Performance Plan on 03-17-2003 *(Date (mm-dd-yyyy)*.

B. ☐ If changes were made to the performance plan during the rating period, explain the change below and specify the date of the change.

C. ☐ The rating official and the employee did not agree on the Performance Plan, therefore, the rating official has informed the employee of the decision to establish the Plan and provided a copy of the Plan to the employee on ______ *(Date (mm-dd-yyyy)*.

Lee R. Schwartz
Type Name of Rating Official

[signature]
Signature of Employee

03-17-2003
Date *(mm-dd-yyyy)*

[signature]
Signature of Rating Official

03-17-2003
Date *(mm-dd-yyyy)*

NARO
Signature of Reviewing Official

Date *(mm-dd-yyyy)*

PART 2 -- GENERIC PERFORMANCE STANDARDS: The Generic Performance Standards are the primary basis for assigning element ratings in the Department of State. The Generic Performance Standards define levels of performance in terms of quality, quantity and extent of supervision required. The following definitions have been condensed. For the complete Generic Performance Standards (including standards for supervisory positions), refer to form DS-1966A, Generic Performance Standards.

**Outstanding:** This is a level of exceptionally high-quality performance. The quality and quantity of the employee's work substantially exceeds the fully successful standard and rarely leave room for improvement.
**Excellent:** This is a level of unusually good performance. The quality and quantity of work under this element are consistently above average.
**Fully Successful:** This is a level of good, sound performance. The quality and quantity of the employee's work under this element are those of a fully competent employee. The performance represents a level of accomplishment expected of a great majority of employees.
**Unacceptable:** The quality and quantity of the employee's work under this element are not adequate. The employee's work products fall short of requirements.

Name of Employee **Daugherity, Reid A.** SSN: [redacted]

**PART 3A -- CRITICAL & NON-CRITICAL JOB ELEMENTS:** A job element is a statement of the major work assignments and responsibilities. Job elements should be clear, concise and consistent with the objectives of the organization and the requirements established for other employees with similar responsibilities. Once the job elements are established, they must be designated as critical or non-critical. (At least *one* element must be critical.) *A critical job element* is a work assignment or responsibility of such importance that unacceptable performance on the element would result in a determination that an employee's overall performance is unacceptable. A Performance Plan may contain up to a combined maximum of *five* critical and non-critical job elements (including mandatory elements such as "Supervision and Office Management", "Internal Controls", and/or "Security Awareness"; and no more than *two* "additional" elements. *(See instructions for definitions of non-critical and "additional" job elements.)*

**ELEMENT APPRAISAL:** Assess the employee's performance and assign an appraisal level that best describes the level achieved. O = Outstanding; E = Excellent; FS = Fully Successful; U = Unacceptable.

| JOB ELEMENT DESCRIPTION | ELEMENT APPRAISAL |
|---|---|

**JOB ELEMENT 1** — O E FS U

☒ Critical ☐ Non-Critical [redacted]

Carries out current and in-depth intelligence analysis of multilateral and geopolitical issues covered by the Office of the Geographer and Global Issues, particularly those pertaining to humanitarian emergencies and civil-military relations. Assists the Division Chief and/or Office Director in special projects of high priority to the Office and brings to their attention developments that may have immediate impact on US foreign policy. Analyzes and evaluates relevant intelligence and open source information, drafts articles, works with cartographers on accompanying maps and graphics, and coordinates clearances and drafts portions of collaborative articles with other analysts. Analyses are published as INR assessments, information memoranda to senior policy makers, cables, and other intelligence reports.

**JOB ELEMENT 2** — O E FS U

☒ Critical ☐ Non-Critical [redacted]

Briefs senior Department policy makers. Collects and organizes current intelligence and open source information, using the Bureau's electronic data retrieval system, and briefs relevant information to senior officials in other Department bureaus, as required, on issues within the division's responsibilities. Analyst is the principal Bureau liaison with the Defense Department's Office of Stability Operations and with the Office of the Administrator of USAID. Support is also provided for USAID's Bureau of Democracy, Conflict, and Humanitarian Assistance, particularly its the Office of Foreign Disaster Assistance. Participates in briefings and conferences on subjects relevant to areas of responsibility. Helps to evaluate external research proposals and coordinate intelligence community products submitted to the Bureau and keeps abreast of current government, academic, and private industry projects, research, and developments in areas of responsibility. Serves as a liaison to the United Nations and other international and non-governmental organizations active in complex humanitarian emergencies. Provides support, as needed, to INR's Humanitarian Information Unit.

**JOB ELEMENT 3** — O E FS U

☒ Critical ☐ Non-Critical [redacted]

Collects and maintains files on issues in his/her areas of responsibility. Analyst will maintain files chronologically and retire files in accordance with 5 FAM 430, track progress of reports within INR, and notify desk officers of clearance status.

Name of Employee Daugherity, Reid A. SSN: [redacted]

JOB ELEMENT 4 O E FS U

☒ Critical ☐ Non-Critical [redacted]

Security Management and Awareness - Applies internal control measures to protect organizational integrity and prevents unauthorized use or misappropriation of sensitive and classified material; reports instances of security violations/problems to the appropriate supervisory/management official; assumes full responsibility for safeguarding all classified and sensitive (but unclassified) material and equipment in assignment area(s).

JOB ELEMENT 5 O E FS U

☐ Critical ☐ Non-Critical ☐ ☐ ☐ ☐

PART 3B -- ADDITIONAL JOB ELEMENTS: Rating officials have an option of using "additional" job elements. Please read the paragraph below on the appropriate use of "additional" elements before proceeding:
"Additional" job elements are an aspect of individual, team, or organizational performance. "Additional" elements are not used in assigning the overall summary level. "Additional" job elements may be used to: communicate work objectives; performance expectations for teams, groups or organizations; and to provide feedback to employees on their individual performance of developmental assignments and on details that are less than 120 days. "Additional" elements need not be appraised at any particular level, or be included in the initial Performance Plan. No more than two "additional" elements can be used in an appraisal period. The Unacceptable level is not used when "additional" elements are appraised.

ADDITIONAL JOB ELEMENT 1 O E FS

☐ ☐ ☐

ADDITIONAL JOB ELEMENT 2 O E FS

☐ ☐ ☐

# UNITED STATES CODE

## 2000 EDITION

CONTAINING THE GENERAL AND PERMANENT LAWS
OF THE UNITED STATES, IN FORCE
ON JANUARY 2, 2001

Prepared and published under authority of Title 2, U.S. Code, Section 285b,
by the Office of the Law Revision Counsel of the House of Representatives

## VOLUME TWELVE

## TITLE 22—FOREIGN RELATIONS AND INTERCOURSE

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 2001

70-012 D-01 -- 1 : QL 3