(c) Notwithstanding any other provision of this delegation of authority, the Secretary of State or the Deputy Secretary of State may at any time exercise any function delegated by this delegation of authority.

(d) Any officer to whom functions are delegated by this delegation of authority may, to the extent consistent with law;

(1) Redelegate such functions and authorize their successive redelegation, and

(2) Promulgate such rules and regulations as may be necessary to carry out such functions.

**Dated:** September 21, 1984
**Signed by** George P. Shultz, Secretary of State

**FR DOC 84-26096, 10-1-84**

# DA1-196

**DA 196 22 AUG 1992**

Department of State
Washington, D.C.

Public Notice 1688

## Delegation of Authority No. 196 DELEGATION OF AUTHORITY

By virtue of the authority vested in me as Secretary of State, including the authority of section 4 of the Act of May 26, 1949 (22 U.S.C. 2658), I hereby delegate to the Deputy Secretary all functions vested in the Secretary of State or the head of agency by any act, order, determination, delegation of authority, regulation, or executive order, now or hereafter issued.

Notwithstanding this delegation of authority, the Secretary of State may exercise any function delegated by this delegation. The Deputy Secretary may, to the extent consistent with law, (1) redelegate such functions and authorize their successive redelegation, and (2) promulgate such rules and regulations as may be necessary to carry out such functions.

**Dated:** August 22, 1992
Signed by **James A. Baker III, Secretary of State**

**DA1-208**

**DA 208 30 NOV 1993**

Department of State
Office of the Secretary

Public Notice 1924

## Delegation of Authority No. 208 TO THE ASSISTANT SECRETARY FOR INTELLIGENCE AND RESEARCH

By virtue of the authority vested in me as Secretary of State, including by Public Law 98-164, as amended (the "Act") and section 4 of the Act of May 26, 1949, as amended (22 U.S.C. 2658), I hereby delegate to the Assistant Secretary of State for Intelligence and Research the functions vested in me under section 804(a) of the Act.

Notwithstanding any provision of this delegation of authority, the Secretary of State may at any time exercise the functions delegated by this delegation of authority. Functions delegated by this delegation of authority may be redelegated, to the extent consistent with law. Any act, executive order, regulation or procedure affected by this delegation of authority shall be deemed to be such act, executive order, regulation or procedure as amended from time to time.

This delegation of authority should be a published in the Federal Register.

**Dated:** November 30, 1993
Signed by **Peter Tarnoff, Acting Secretary of State**

[Billing Code: 4710-10]
**DEPARTMENT OF STATE**
[Delegation of Authority 290]

**Delegation by the Secretary of State to Carol Rodley of Authorities Normally Vested in the Assistant Secretary for Intelligence and Research**

By virtue of the authority vested in me as Secretary of State by the laws of the United States, including section 1 of the State Department Basic Authorities Act of 1956, as amended (22 U.S.C. 2651a) and Executive Order 12333 of December 4, 1981, I hereby delegate to Carol Rodley, to the extent authorized by law, all authorities vested in the Assistant Secretary for Intelligence and Research, including all authorities that have been or may be delegated or re-delegated to the Assistant Secretary for Intelligence and Research.

Any act, executive order, regulation, or procedure subject to, or affected by, this delegation shall be deemed to be such act, executive order, regulation, or procedure as amended from time to time.

Notwithstanding this delegation of authority, the Secretary of State or Deputy Secretary of State may exercise any function delegated hereby.

This delegation shall expire upon the appointment and entry upon duty of a new Assistant Secretary for Intelligence and Research.

This delegation of authority shall be published in the *Federal Register*.

March 9, 2006
Date signed

Condoleeza Rice
Secretary of State
Department of State

Delegation of Authority No. _____

**Delegation by the Secretary of State**
**to Carol Rodley of**
**Authorities Normally Vested in the**
**Assistant Secretary for Intelligence and Research**

By virtue of the authority vested in me as Secretary of State by the laws of the United States, including section 1 of the State Department Basic Authorities Act of 1956, as amended (22 U.S.C. 2651a) and Executive Order 12333 of December 4, 1981, I hereby delegate to Carol Rodley, to the extent authorized by law, all authorities vested in the Assistant Secretary for Intelligence and Research, including all authorities that have been or may be delegated or re-delegated to the Assistant Secretary for Intelligence and Research.

Any act, executive order, regulation, or procedure subject to, or affected by, this delegation shall be deemed to be such act, executive order, regulation, or procedure as amended from time to time.

Notwithstanding this delegation of authority, the Secretary of State or Deputy Secretary of State may exercise any function delegated hereby.

This delegation shall expire upon the appointment and entry upon duty of a new Assistant Secretary for Intelligence and Research.

This delegation of authority shall be published in the *Federal Register*.

_______________
Date signed

Condoleezza Rice
Secretary of State