IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TELENOR SATELLITE SERVICES, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 05-528C<br>(Baskir, J.) |

SUPPLEMENTAL APPENDIX IN SUPPORT OF TELENOR'S MOTION FOR SUMMARY JUDGMENT RE AUTHORITY AND IN OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Frederick W. Claybrook, Jr.
(Counsel of Record)

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

Of Counsel

Barbara L. Spencer, Esq.
General Counsel
Telenor Satellite Services, Inc.
1101 Wootton Parkway, 10th Floor
Rockville, Maryland 20852

April 12, 2006

# TABLE OF CONTENTS

TAB

1 SES Evaluation of William Wood

2 SES Evaluation Statement for Lee Schwartz

3 Humanitarian Information Unit overview from State Department website