SES EVALUATION

Organization: Bureau of Intelligence and Research (INR)

Classification: Deputy Assistant Secretary for Analysis and Information Management

I. Background

This position is that of Deputy Assistant Secretary for Analysis and Information Management in the Bureau of Intelligence and Research. The Deputy Assistant Secretary reports to the Assistant Secretary (Executive Level IV) of the bureau. This is a general SES position responsible for the development, implementation and direction of a comprehensive intelligence production program for the Department of State which is of significant importance to the Department's mission.

II. Series and Title Determination

The Deputy Assistant Secretary for Analysis and Information Management is primarily responsible for providing advice to the Assistant Secretary of INR incident to managing and directing a comprehensive intelligence production program in the following areas: Africa, Global Issues and War Crimes, Global Information Systems and Imagery Support, and Information Systems. The incumbent is primarily responsible for supervising and performing work concerned with the collection, analysis, evaluation and interpretation of information affecting the national security, for providing geographic and imagery support to diplomacy and for information management, including electronic dissemination of intelligence products in Washington, and to overseas posts. ~~The incumbent also serves as the Department of State Geographer.~~ 10/19/04 [initials] ~~While~~ the GS-132 series, intelligence, makes up much of the DAS's workload, ~~the requirement for knowledge in the field of geography makes the appropriate series GS-150, geography.~~ The appropriate position title would be Deputy Assistant Secretary for Analysis and Information Management. x The appropriate series is 0132. [initials] 10/14/04

III. Grade Level Determination

The Deputy Assistant Secretary for Analysis and Information Management manages a program of intelligence analysis, geographic and imagery support, and information management. This program is instrumental in supporting the INR Assistant Secretary and is critical to our overseas posts, bureaus within the Department, and all other intelligence agencies in the Intelligence

Community. The responsibilities for leadership, and internal and external policy coordination require executive level skills and knowledges which exceed the GS-15 level and fully meet the prerequisites established in Title V for inclusion in the Senior Executive Service.

This position requires extensive application of executive management skills to direct research and intelligence production, geographic and imagery support, and information management. Reports, analysis, studies developed, and decisions made directly impact on the policy concerns of the Secretary and principal deputies, the Assistant Secretaries, and their counterparts in the Intelligence Community. The incumbent has direct management responsibility and provides leadership and direction to an organization comprised of 53 professionals, (2 office directors are SES or SFS with a GS-14 base of substantive work) including foreign affairs officers, foreign affairs political analysts, computer specialists, and intelligence operations specialists at the GS-15 or FO-01 level, and 8 support personnel. The DAS's supervisory responsibilities support a tentative grade of two levels above the base level of work supervised. In addition, because this position is a deputy assistant secretary, there are significant managerial aspects inherent in the position.

The Deputy Assistant Secretary for Analysis and Information Management represents the Assistant Secretary on high level inter and intra-departmental committees and working groups. The DAS performs special assignments relating to the overall intelligence program, including handling of emergency problems in the field of intelligence and geographic analysis. These assignments require the application of the DAS's extensive skills and knowledge.

The position's executive responsibilities also compare favorably with other Bureau Deputy Assistant Secretary positions, as well as other comparable and subordinate positions in INR which have been previously certified at the SES level.

IV. Recommendation

This position's executive responsibilities are of national and international significance. The complexity of assignments and level of supervisory responsibility exceed the GS-15 level. The position, therefore, is appropriate for inclusion in the SES.