# SES EVALUATION STATEMENT

Organization: Office of The Geographer and Global Issues (GGI); Deputy Assistant Secretary for Analysis and Information Management (AIM); Bureau of Intelligence and Research (INR).

Classification: Geographer, SES-150-00

Background: The Office of The Geographer and Global Issues is one of five offices that comprise the directorate reporting to the Assistant Secretary through the Deputy Assistant Secretary for Analysis and Information Management. The INR Bureau has mixed staffing of Foreign Service Officers and Civil Service Officers – intelligence professionals including SES and SFS Office Directors and Deputy Assistant Secretaries.

The Office Director for INR/GGI heads a professional intelligence research program covering a major functional area with responsibility for the initiation of intelligence collection activities and the analysis and interpretation of intelligence material relating to: international boundaries and sovereignty; maritime jurisdictions; geographic names, including official designations of foreign states; humanitarian crises and complex emergencies; peacekeeping operations; international migration and refugee flows; the environment and sustainable development; natural resource scarcity and energy issues; food security; HIV/AIDS and infectious diseases; human rights abuses and war crimes; atrocities early warning; international organization activities, including United Nations agencies and Security Council affairs; and the production of maps and coordination and dissemination of related geospatial data and information.

## Series and Title Determination

The Director of the Office (INR/GGI) directs and supervises intelligence work concerned with the analysis, evaluation, and interpretation of sensitive information directly related to US national security policy interests. He/she also is the Geographer for the country and is recognized as such historically. The appropriate series for this form of intelligence work is the Geographer Series GS-150-00 and the appropriate title is Geographer.

Grade Level Determination:

The Director of INR/GGI serves as INR's principal expert on, and US policy interests involved in: intelligence and analysis

related to international boundaries and sovereignty; maritime jurisdictions; geographic names, including official designations of foreign states; humanitarian crises and complex emergencies; peacekeeping operations; international migration and refugee flows; the environment and sustainable development; natural resource scarcity and energy issues; food security; HIV/AIDS and infectious diseases; human rights abuses and war crimes; atrocities early warning; international organization activities, including United Nations agencies and Security Council affairs; the production of maps and the coordination and dissemination of associated geospatial data and information. The Director of INR/GGI directs the intelligence production work of policy relevant and time-sensitive analyses of global developments and trends that affect related policy interests. These analyses are for the attention of the INR Assistant Secretary, the Secretary of State, other senior officials of the Department, the NSC, USAID, CIA, DOD, and other officials within the intelligence community.

The Director manages overall office operations, planning intelligence programs and determines resources required to support office intelligence programs and policy goals. He/she directs a professional staff of eighteen Foreign Service and Civil Service Officers (GS-15/FO-01 through GS-08/FO-03), and at least ten other regularly-employed detailees and contractors. The Office consists of two divisions: Global Issues, headed by a GS-15 division chief, and War Crimes and Atrocities Analysis, headed by an FO-01 division chief; and two units, the Humanitarian Information Unit, headed by an FO-01 division chief and the Geographic Information Unit, headed by a GS-15 division chief.

The Director maintains close and continuing liaison with senior Department officials, officials of the intelligence community, i.e., CIA, DOD, NSA, etc., USAID principals, staffs of the NSC, the Congress, and represents the Bureau and the Department in various high-level interagency intelligence committees.

While the Geographer GS-150 series and the Intelligence GS-132 series define the kind of work performed by the incumbent in this position, the Policy Analysis Grade Evaluation Guide defines the grade level responsibilities assigned. The combined policy and management responsibilities of the Geographer (Director, INR/GGI), as outlined exceed the overall policy analysis functions typical at the GS-15 level under the Policy Analysis Grade Evaluation Guide.

In addition, the position of Geographer (Office Director, INR/GGI) is comparable to similar SES and SFS Office Director positions already established in the Bureau of Intelligence and Research.

Recommendation:

The position of Geographer ( Office Director, INR/GGI), has significant executive management responsibilities exceeding the GS-15 level and is recommended for continuation as Senior Executive Service (SES).

November 16, 2004
James P. Gary
HR/CSP/ERPM