# Humanitarian Information

The mission of the Humanitarian Information Unit (HIU) is to serve as a U.S. Government interagency center to identify, collect, analyze, and disseminate unclassified information critical to U.S. Government decision-makers and partners in preparation for and response to humanitarian emergencies worldwide, and to promote best practices for humanitarian information management.

To accomplish this mission, the HIU performs the following tasks:

- Identifies key sources of geospatial and georeferenced data best suited to meet the information requirements of our consumers;
- Collects timely, verifiable, and relevant data utilizing an extensive network of information partnerships;
- Analyzes data using multi-agency expertise and applying proven technologies to determine significant trends and relationships; and
- Disseminates information of value to all levels of consumers, from national-level policymakers to operational field managers.

The HIU is part of the Bureau of Intelligence and Research and receives oversight from a U.S. Government interagency Executive Steering Committee. Its staff is composed of personnel from the U.S. Department of State, U.S. Agency for International Development, the Department of Defense, and the National Geospatial-Intelligence Agency (NGA).

For further information, contact:

Director, Humanitarian Information Unit
Department of State
301 4th Street, SW, Suite 602
Washington, DC 20547

Telephone: (202) 203-7778
Fax: (202) 203-7790
E-mail: HIU_INFO@state.gov



FIRSTGOV

The Office of Electronic Information, Bureau of Public Affairs, manages this site as a portal for information fror State Department. External links to other Internet sites should not be construed as an endorsement of the vie policies contained therein.