IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | ) | No. 05-528C Baskir, J. |

DECLARATION OF COREY M. RINDNER

1. I am employed as the Procurement Executive of the United States Department of State. As the Procurement Executive, I am the senior official responsible for the overall leadership of the procurement and grants functions for the Department of State. My office, the office of the Procurement Executive (A/OPE), is responsible for delegating contracting and grant authority to State employees.

2. Contracting and grant authority for the Department of State is normally delegated in writing through a contracting officer's warrant or a grants officer's warrant. Each warrant issued is specific to the individual. The individual must have a qualifying job position and must undergo personal qualification, including special training, to receive a warrant. The authority granted in a warrant cannot be re-delegated.

3. A/OPE maintains a system for tracking contracting and grants warrants issued by the Procurement Executive. This system has be used by A/OPE since

the mid-1990s. Mr. William Wood, Mr. Lee Schwartz, and Ms. Leona Coulombe, all of the Intelligence and Research Bureau (INR) of the Department of State, did not have any type of contract authority in 2003 and do not have such authority now.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2006.

Corey M. Rindner