IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-528C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 2, 2006 Order, the parties submit this Joint Status Report.

Plaintiff's Statement:

Having been informed by the Government that it does not wish to discuss settlement, Plaintiff reports that this case should proceed rapidly to discovery and trial. Plaintiff does not anticipate lengthy discovery. Plaintiff, therefore, proposes the following schedule for further proceedings:

September 15, 2006 Completion of all discovery

October 15, 2006 Trial

Plaintiff proposes that all other deadlines, including those for pretrial submissions, be governed by the Rules of the United States Court of Federal Claims. Plaintiff expects that a trial of this matter would be concluded within three days of its commencement, and requests that any trial be held in Washington, D.C.

Defendant's Statement:

Defendant reports that we have informed plaintiff that we will consider any written settlement proposal that plaintiff makes. Defendant also reports that this case should proceed to discovery, any further dispositive motions, and preparation for trial. Defendant expects to file a dispositive motion upon the issue of whether plaintiff could have avoided the costs that it seeks. Defendant, therefore, proposes the following schedule for further proceedings:

| | |
|---|---|
| September 30, 2006 | Completion of discovery; |
| October 31, 2006 | Filing of any dispositive motions; |
| February 2007 | Trial, if necessary. |

Defendant proposes that all other deadlines, including those for pretrial submissions, be governed by the Rules of the United States Court of Federal Claims. Defendant expects that a trial of this matter would be concluded within three days of its commencement, and requests that any trial be held in Washington, D.C.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy
by s/ Brian M. Simkin
PATRICIA M. MCCARTHY
Assistant Director

s/ Frederick W. Claybrook, Jr.
FREDERICK W. CLAYBROOK, JR.
Crowell & Moring LLP
1001 Penn. Ave., N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorney for Plaintiff

June 23, 2006

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

OF COUNSEL:
ONA M. HAHS
Attorney-Adviser
Department of State

Attorneys for Defendant

June 22, 2006

Certificate of Filing

I hereby certify that on June 23, 2006, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.