# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: June 27, 2006)

************************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
************************************************************

## ORDER

The parties filed a Joint Status Report on June 23, 2006, which included each party's proposed schedule for further proceedings.

**Discovery shall conclude on September 29, 2006, with a Joint Status Report due at that time regarding further proceedings.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge