APPENDIX TO DEFENDANT'S MOTION TO
ENLARGE DISCOVERY PERIOD FOR THE PURPOSE OF
TAKING THE DEPOSITION OF MARY KIM BAUMGARTNER

# INDEX TO APPENDIX

PAGE(S)

Defendant's Notice Of Deposition, Sept. 8, 2006 . . . . . . . . . . . . . . . . . . . . 1

Plaintiff's Responses To Defendant's First Set Of Interrogatories, Aug. 3, 3006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Transcript of Deposition Of Reid Daugherity, Sept. 13, 2006 . . . . . . . . . . 10

Letter of Timothy P. McIlmail to Frederick W. Claybrook, Jr., Sept. 21, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-528C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF DEPOSITION

Pursuant to Rule 30 of the Rules of the United States Court of Federal Claims, defendant, the United States, will take the deposition of Mary Kim Baumgartner. The deposition will be recorded by stenographic means and taken at the offices of the Department of Justice, 1100 L St., N.W., Washington, D.C., 20530, (202) 514-4325, on September 26, 2006, at 9:00 A.M. or, upon agreement of the parties, at another place and another date and time no later than September 29, 2006.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. MCCARTHY
Assistant Director

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

OF COUNSEL:
ONA M. HAHS
Attorney-Adviser
Department of State

September 8, 2006

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 8th, 2006, I caused to be delivered by hand a copy of the foregoing "Defendant's Notice of Deposition," addressed as follows:

Frederick W. Claybrook, Jr.
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Suite 1100
Washington, DC 20004-2595
(202) 624-2500

Lisa R Cahn
____________________________

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | ) | No. 05-528C Baskir, J. |

TELENOR'S RESPONSES TO
DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiff, Telenor Satellite Services, Inc. ("Telenor"), hereby submits the following objections and responses to Defendant's First Set of Interrogatories.

PRELIMINARY STATEMENT

Although Telenor has given the most complete responses it can at this time, it necessarily must reserve the right to amend and/or supplement these responses if it learns of additional or different information. In particular, and without limiting the generality of the foregoing, Telenor reserves the right to amend and/or supplement its responses based on information learned through discovery and as its own investigation of the facts proceeds.

responds to this Interrogatory as follows:

Lawrence Paul.

INTERROGATORY NO. 3:

Identify the person or persons who prepared the invoice that is part of Exhibit B to the complaint.

RESPONSE:

Subject to and without waiving its General Objections, Telenor further responds to this Interrogatory as follows:

Steve Teel at the request of Lawrence Paul.

INTERROGATORY NO. 4:

Identify the person or persons who immediately requested the return of Telenor's equipment in the Spring of 2003 when Telenor discovered that the equipment was left in Iraq, as described at page two of the letter that is Exhibit D to the complaint.

RESPONSE:

Subject to and without waiving its General Objections, Telenor responds to this Interrogatory as follows:

Lawrence Paul.

INTERROGATORY NO. 5:

Identify the Telenor employees who were "significantly involved with the project that Telenor undertook [in March 2003] with the State Department," as described in the attached September 4, 2003 email from Barbara Spencer to Lt. Col. Tauber.

RESPONSE:

Subject to and without waiving its General Objections, Telenor responds to this Interrogatory as follows:

Lawrence Paul, Kim Baumgartner, and Michelle Wagner-Suziedelis.

INTERROGATORY NO. 6:

Identify the Telenor employees who "initially monitored traffic for the pilot program every two weeks," as described in the attached September 4, 2003 email from Barbara Spencer to Lt. Col. Tauber.

RESPONSE:

Subject to and without waiving its General Objections, Telenor responds to this Interrogatory as follows:

Kim Baumgartner and Michelle Wagner-Suziedelis.

INTERROGATORY NO. 7:

Identify the date upon which Telenor ceased "monitor[ing] traffic for the pilot program every two weeks," as described in the attached September 4, 2003 email from Barbara Spencer to Lt. Col. Tauber.

RESPONSE:

Subject to and without waiving its General Objections, Telenor responds to this Interrogatory as follows:

An exact date is not known. See also Response to Interrogatory No. 8.

See Response to Interrogatory No. 14.

INTERROGATORY NO. 17:

Identify what steps Telenor took to "shut off the transmission capability of the equipment" as described in paragraph 10 of the complaint.

RESPONSE:

Subject to and without waiving its General Objections, Telenor responds to this Interrogatory as follows:

On June 10, 2003, Lawrence Paul sent an e-mail to Rick Sutkus and a member of Mr. Sutkus' staff requesting that they bar the terminals. Mr. Sutkus was the Senior Manager for Credit and Collections. A member of Mr. Sutkus' staff used Telenor's proprietary software system to bar any future traffic to or from the equipment from passing through a Telenor land-earth station. The effect of this command was to render the equipment incapable of transmission.

INTERROGATORY NO. 18:

Identify the person or persons at Global Relief Technologies, Panasonic, ESRI, and Telenor who developed, approved, monitored, or served as points of contact for the "cooperative and joint effort" referenced in Exhibit A to the complaint.

RESPONSE:

Subject to and without waiving its General Objections, Telenor responds to this Interrogatory as follows:

- Michael Gray (Global Relief Technologies): 603-422-7333; Michael.Gray@globalrelieftech.com

- Michael Krouse, District Sales Manager (Panasonic): 703-980-0973; Michael_Krouse@pt2ct.com
- David Gadsden, Federal Account Manager (ESRI): 703-506-9515, ext. 8033; dgadsden@ESRI.com
- Britt Horncastle, Former President (Telenor): 832-366-5335; bchorncastle@caprock.com
- Lawrence Paul (Telenor), 301-838-7786
- Kim Baumgartner (Telenor), 301-838-7706

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

Of Counsel

Barbara L. Spencer, Esq.
General Counsel
Telenor Satellite Services, Inc.
1101 Wootton Parkway, 10th Floor
Rockville, Maryland 20852

August 3, 2006

VERIFICATION

My name is James W. Nussbaum. I am the Vice President of Telenor Satellite Services, Inc. I have reviewed the answers to the interrogatories set out in this document.

I declare under penalty of perjury that these responses are true and correct to the best of my knowledge and belief.

8/3/06
Date

James W. Nussbaum

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 05-528C |
| | ) | (Judge Baskir) |
| Defendant. | ) | |

Washington, D.C.

Wednesday, September 13, 2006

Deposition of:

REID DAUGHERITY,

called for oral examination by counsel for Plaintiff, pursuant to notice, at Crowell Moring, 1001 Pennsylvania Avenue, NW, Washington, D.C., 20004-2595, before Karen Geddes of Capital Reporting, Certified Shorthand Reporter, beginning at 9:05 a.m., when were present on behalf of the respective parties:

A P P E A R A N C E S

On behalf of Plaintiff:

PETER J. EYRE, ESQUIRE

FREDERICK W. CLAYBROOK, JR., ESQUIRE

Crowell Moring

1001 Pennsylvania Avenue, NW

Washington, D.C. 20004-2595

(202)624-2807 Phone

(202)628-5116 Fax

On behalf of Defendant:

TIMOTHY P. MCILMAIL, ESQUIRE

Civil Division

Commercial Litigation Branch

U.S. Department of Justice

1100 L Street, NW, Room 11052

Washington, D.C. 20530

(202)616-0342 Phone

(202)514-7965 Fax

ALSO PRESENT:

Barbara L. Spencer

Ona M. Hahs

P R O C E E D I N G S

MR. EYRE: You sent us a notice of deposition for Kim Baumgartner. I think I mentioned to you that she is unavailable because she has had major surgery and is out on disability.

MR. MCILMAIL: No, you didn't.

MR. EYRE: I'd mentioned that to you originally.

MR. MCILMAIL: That she was --

MR. EYRE: Out on disability and had major surgery, so she is not available for a deposition right now. I'm wondering if you might be willing to let us know what matters you would like to receive information about and see if we can provide a 30(b)(6) witness and move Kim, because she is not available right now.

MR. MCILMAIL: I'll think about it and get back to you in writing.

MR. EYRE: Okay. That will be fine. Thanks. That is the only preliminary matter.

(Off the record.)

* * * * *

U.S. Department of Justice

Civil Division

DJ# 154-05-528
PMM:TPMcIlmail

Phone: (202) 514-4325
Fax: (202) 514-7965

*Washington, D.C. 20530*

September 21, 2006

SENT BY ELECTRONIC AND U.S. MAIL

Frederick W. Claybrook, Jr.
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Suite 1100
Washington, DC 20004-2595

Re: Telenor Satellite Services, Inc. v. United States,
No. 05-528C (Fed. Cl.)

Dear Mr. Claybrook:

Peter Eyre of your firm has informed us that Mary Kim Baumgartner, whose deposition we noticed for September 26, 2006, is, for medical reasons, unavailable to be deposed. In view of the September 29, 2006 close of discovery in this case, we request that you agree that, if this case is scheduled for trial, the parties will jointly request that the court reopen the discovery period for the purposes of taking Ms. Baumgartner's deposition. Please indicate your agreement by signing below and delivering to us a copy of this letter signed by you by September 28, 2006.

Thank you for your prompt attention to this matter.

Very truly yours,

Timothy P. McIlmail

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch

__________________________
FREDERICK W. CLAYBROOK, JR.