# APPENDIX TO TELENOR'S OPPOSITION TO DEFENDANT'S MOTION TO <u>COMPEL PRODUCTION OF DOCUMENTS</u>

# INDEX TO APPENDIX

Page

Letter from Reid A. Daugherity to Britt Horncastle, March 12, 2003 (T00809) ........ 1

End User Rates, June 27, 2003 (T00877) ........ 2

**United States Department of State**

*Washington, D.C. 20520*

March 12, 2003

Dear Ms. Horncastle,

This is to confirm receipt and provisos of operations regarding all equipment provided by Telenor for the USAID Disaster Assistance Response Team (DART) pilot program. The four Nera Inmarsat GAN terminals (GAN terminal IDs: 76EB72852062, 76EB72B97A87, 76EB722E34D9, 76EB72815D89) will be used for a two-month pilot program that will commence on or about the third full week of March 2003. SIM cards also provided are as follows: 800852D7EBAA, 800852A8EBBE, 800852C8D42C, 800852748760.

Operation of these terminals is intended to demonstrate and verify the feasibility of utilizing mobile satellite communication technology to improve coordination of global disaster recovery and reconstruction efforts of governments and non-governmental organizations. This demonstration is a cooperative and joint effort sponsored and proposed by Global Relief Technologies, Panasonic, ESRI, and Telenor.

Telenor must authorize any other use of the GAN terminals for purposes other than what has been stipulated in the two-month DART pilot program. In the event that the terminals should be used for other purposes Telenor will provide service to the user at agreed upon service rates.

Sincerely,

Reid A. Daugherity

**Tel. App. 1**

## End User Spot Rates, LES 001+004
## (without Subscription Agreement)

Charges in $US per Connect Time minute (for Inmarsat C; $US per 256 bit)

| Standard | Service | UTC Time | Band *a* | Band *b* | Band *c* | To Mini-M/GAN/ Fleet tel. | To Inm-B/M | To Inm -A tel. | To GAN HSD | To Inm-B/Fleet HSD | To Inm-A/B telex | To Inm-C telex | To other satellite operators |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Inmarsat A** | | | | | | | | | | | | | |
| | Voice, fax & data | Peak | $ 7.99 | $ 8.14 | $ 8.29 | $ 9.18 | $ 9.98 | $ 11.48 | $ 12.98 | $ 13.98 | | | $ 9.98 |
| | Voice, fax & data | Off-peak | $ 5.69 | $ 5.84 | $ 5.99 | $ 6.88 | $ 7.68 | $ 9.18 | $ 10.68 | $ 11.68 | | | $ 7.68 |
| | Telex | Anytime | $ 4.49 | $ 4.64 | $ 4.79 | - | - | - | - | - | $ 5.98 | $ 5.98 | |
| | High Speed Data | Anytime | $ 9.49 | $ 9.64 | $ 9.79 | $ 10.68 | $ 11.48 | $ 12.98 | $ 14.48 | $ 15.48 | | | $ 11.48 |
| | Duplex High Speed Data | Anytime | $ 15.99 | $ 16.14 | $ 16.29 | $ 17.18 | $ 17.98 | $ 19.48 | $ 20.98 | $ 21.98 | | | $ 17.98 |
| **Inmarsat B** | | | | | | | | | | | | | |
| | Voice, fax & data | Peak | $ 3.99 | $ 4.14 | $ 4.29 | $ 5.18 | $ 5.98 | $ 7.48 | $ 8.98 | $ 9.98 | | | $ 5.98 |
| | Voice | Quiet Time | $ 2.99 | $ 3.14 | $ 3.29 | $ 4.18 | $ 4.98 | $ 6.48 | $ 7.98 | $ 8.98 | | | $ 4.98 |
| | Big Dish voice, fax & data | Anytime | $ 3.49 | $ 3.64 | $ 3.79 | $ 4.68 | $ 5.48 | $ 6.98 | $ 8.48 | $ 9.48 | | | $ 5.48 |
| | Telex | Anytime | $ 3.19 | $ 3.34 | $ 3.49 | - | - | - | - | - | $ 4.68 | $ 4.68 | |
| | Duplex High Speed Data | Anytime | $ 9.49 | $ 9.64 | $ 9.79 | $ 10.68 | $ 11.48 | $ 12.98 | $ 14.48 | $ 15.48 | | | $ 11.48 |
| **Inmarsat M** | | | | | | | | | | | | | |
| | Voice, fax & data | Peak | $ 3.59 | $ 3.74 | $ 3.89 | $ 4.78 | $ 5.58 | $ 7.08 | $ 8.58 | $ 9.58 | | | $ 5.58 |
| | Voice, fax & data | Quiet Time | $ 3.19 | $ 3.34 | $ 3.49 | $ 4.38 | $ 5.18 | $ 6.68 | $ 8.18 | $ 9.18 | | | $ 5.18 |
| **Inmarsat C** | | | | | | | | | | | | | |
| | Telex, fax&data (1.addr) | Anytime | $ 0.20 | $ 0.229 | $ 0.259 | - | - | - | - | - | $ 0.449 | $ 0.349 | |
| | Telex, fax&data (addition.addr) | Anytime | $ 0.03 | $ 0.059 | $ 0.089 | - | - | - | - | - | $ 0.279 | $ 0.179 | |
| | E-mail via Internet | Anytime | $ 0.20 | Global | Global | | | | | | | | |
| | Positive delivery notification | Anytime | $ 0.21 | Global | Global | | | | | | | | |
| | Non delivery notification | Anytime | Free | | | | | | | | | | |
| | Status request incl. response | Anytime | $ 0.21 | Global | Global | | | | | | | | |
| | FleetNet + Polling with text | Anytime | $ 0.60 | Global | Global | | | | | | | | |
| | Polling without text | Anytime | $ 0.32 | Global | Global | | | | | | | | |
| | Data report small, 1 package (1-8 byte) | | $ 0.04 | Global | Global | | | | | | | | |
| | Data report med., 2 packages (9-20 byte) | | $ 0.08 | Global | Global | | | | | | | | |
| | Data report large, 3 packages (21-32 byte) | | $ 0.12 | Global | Global | | | | | | | | |
| **Mini-M** | | | | | | | | | | | | | |
| | Standard voice, fax & data | Peak | $ 2.59 | $ 2.74 | $ 2.89 | $ 3.78 | $ 4.58 | $ 6.08 | $ 7.58 | $ 8.58 | | | $ 4.58 |
| | Standard voice, fax & data | Quiet Time | $ 2.29 | $ 2.44 | $ 2.59 | $ 3.48 | $ 4.28 | $ 5.78 | $ 7.28 | $ 8.28 | | | $ 4.28 |
| | High Gain Antenna | Anytime | $ 2.59 | $ 2.74 | $ 2.89 | $ 3.78 | $ 4.58 | $ 6.08 | $ 7.58 | $ 8.58 | | | $ 4.58 |
| **Inmarsat GAN** | | | | | | | | | | | | | |
| | Voice, fax & data | Anytime | $ 2.49 | $ 2.64 | $ 2.79 | $ 3.68 | $ 4.48 | $ 5.98 | $ 7.48 | $ 8.48 | | | $ 4.48 |
| | Mobile ISDN | Anytime | $ 7.69 | $ 7.84 | $ 7.99 | $ 8.88 | $ 9.68 | $ 11.18 | $ 12.68 | $ 13.68 | | | $ 9.68 |
| | MPDS **USD$/Mbit** | Anytime | $ 4.39 | Global | Global | | | | | | | | |
| **Inmarsat Fleet** | | | | | | | | | | | | | |
| | Voice | Peak | $ 3.39 | $ 3.54 | $ 3.69 | $ 4.58 | $ 5.38 | $ 6.88 | $ 8.38 | $ 9.38 | | | $ 5.38 |
| | Voice | Quiet Time | $ 2.69 | $ 2.84 | $ 2.99 | $ 3.88 | $ 4.68 | $ 6.18 | $ 7.68 | $ 8.68 | | | $ 4.68 |
| | 2.4kbps fax/data | Anytime | $ 1.69 | $ 1.84 | $ 1.99 | $ 2.88 | $ 3.68 | $ 5.18 | $ 6.68 | $ 7.68 | | | $ 3.68 |
| | 9.6kbps fax/data | Anytime | $ 3.99 | $ 4.14 | $ 4.29 | $ 5.18 | $ 5.98 | $ 7.48 | $ 8.98 | $ 9.98 | | | $ 5.98 |
| | Mobile ISDN | Anytime | $ 8.69 | $ 8.84 | $ 8.99 | $ 9.88 | $ 10.68 | $ 12.18 | $ 13.68 | $ 14.68 | | | $ 10.68 |
| | MPDS **US$/Mbit** | Anytime | $ 4.69 | Global | Global | | | | | | | | |

| Destination surcharge; band *a* + | Per minute | Per 256bit |
|---|---|---|
| To band *a*: Europe West, USA, Canada, Australia, NZ | | |
| To band *b*: Europe East, CIS, S. Amer. | $ 0.15 | $ 0.029 |
| To band *c*: C. Amer., Africa, Asia, Middle East | $ 0.30 | $ 0.059 |
| To Mini-M/GAN/Fleet tel. | $ 1.19 | $ 0.199 |
| To Inmarsat-B/M + other satellite systems | $ 1.99 | $ 0.299 |
| To Inmarsat -A telephony | $ 3.49 | $ 0.499 |
| To GAN HSD | $ 4.99 | $ 0.799 |
| To Inm-B/Fleet HSD | $ 5.99 | $ 0.899 |
| To Inmarsat-A/B telex | $ 1.49 | $ 0.249 |
| To Inmarsat-C telex | $ 1.49 | $ 0.149 |

| Messaging from Inmarsat-C, per 256bit | |
|---|---|
| To additional address, in fixed network band*a* | $ 0.029 |
| To GSM Short Message Service (in 5*256bit incr.) band*a* + | $ 0.019 |

| Access Codes Inmarsat services | AOR-W | AOR-E | IOR | POR |
|---|---|---|---|---|
| Inmarsat-A | 01/04 | 01/04 | 01/04 | 01/05*04 |
| Inmarsat-C | 001/004 | 101/104 | 321/304 | 201/204 |
| Inm-B/M/Mini-M/GAN/Fl | 001/004 | 001/004 | 001/004 | 001/004 |

| Quiet Time UTC (Inm-B/M/mini-M/Fleet voice) | | | | |
|---|---|---|---|---|
| Satellite region | AOR-W | AOR-E | IOR | POR |
| Quiet Time period sta | 23:00 | 22:00 | 19:00 | 19:00 |
| Quiet Time period end | 7:00 | 6:00 | 3:00 | 3:00 |

| Off-peak UTC (Inmarsat-A telephony) | | | | |
|---|---|---|---|---|
| Satellite region | AOR-W | AOR-E | IOR | POR |
| Off-peak period start | 23:30 | 1:30 | 22:00 | 13:00 |
| Off-peak period end | 3:30 | 5:30 | 2:00 | 17:00 |

**Tel. App. 2**