# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: October 24, 2006)

****************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

This Order confirms the **telephonic Status Conference on the record to address discovery disputes scheduled for 10:00 a.m., on Thursday, November 9, 2006. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge