IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | ) | No. 05-528C Baskir, J. |

TELENOR'S OPPOSITION TO DEFENDANT'S
MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION

Telenor objects to Defendant's motion for leave to file a dispositive motion focusing on whether Telenor could have mitigated the damages it now seeks in this action. As discussed in the September 29, 2006, joint status report, such a dispositive motion would involve factual issues focusing on "reasonableness" considered in light of "the totality of the circumstances," with the burden of proof resting on the Defendant.

"Application of this [mitigaton] principle requires the court to consider whether a reasonable person, acting in light of the known facts and circumstances, would have taken steps to avoid certain damages." *Koby v. United States*, 53 Fed. Cl. 493, 497 (2002) (also holding that "[t]he rule of mitigation of damages may not be invoked by a contract breaker as a basis

for hypercritical examination of the conduct of the injured party, or merely for the purpose of showing that the injured person might have taken steps which seemed wiser or would have been more advantageous to the defaulter.") (internal citation omitted).

Therefore, Telenor requests that the Court deny Defendant's motion. Pursuant to the request of this Court, the parties have agreed to the following briefing schedule, in the event that this Court grants Defendant's motion:

| | |
|---|---|
| October 31, 2006 | Dispositive motion due |
| November 29, 2006 | Telenor opposition due |
| December 13, 2006 | Defendant's reply due |

This dispute should proceed promptly to trial, and Defendant's dispositive motion would serve no purpose other than to delay resolution of this matter.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

Of Counsel

Barbara L. Spencer, Esq.
General Counsel
Telenor Satellite Services, Inc.
1101 Wootton Parkway, 10th Floor
Rockville, Maryland 20852

October 30, 2006

## CERTIFICATE OF FILING

I certify that on October 30, 2006, a copy of the foregoing "TELENOR'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Peter J. Eyre