# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: November 1, 2006)

****************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

**Defendant is hereby ordered to re-file with the Court and with Plaintiff its Motion for Leave to File a Dispositive Motion with the proposed Dispositive Motion included as an attachment.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge