IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-528C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION

Defendant, the United States, requests leave to file a dispositive motion. On September 29, 2006, the Government stated in the parties' Joint Status Report that it expected to file a dispositive motion that included briefing of the issue whether plaintiff could have avoided the costs that it seeks in this action. The Government proposed October 31, 2006, as the date for filing dispositive motions. Although the Court has not set a briefing schedule for further dispositive motions, the Government is prepared to file such a motion upon that issue by October 31, 2006. For these reasons, the Government respectfully requests leave to file a dispositive motion by October 31, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
ONA M. HAHS
Attorney-Adviser
Department of State
Attorneys for Defendant

October 26, 2006

Certificate of Filing

I hereby certify that on November 1, 2006, a copy of the foregoing Defendant's Motion For Leave To File Dispositive Motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail