IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-528C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. MCCARTHY
Assistant Director

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
ONA M. HAHS
Attorney-Adviser
Department of State
Attorneys for Defendant

October 31, 2006

# TABLE OF CONTENTS

PAGE(S)

TABLE OF CONTENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

CHRONOLOGY OF EVENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

LIST OF SIGNIFICANT PERSONS . . . . . . . . . . . . . . . . . . . . . . . . . . . v

GLOSSARY OF UNUSUAL TERMS . . . . . . . . . . . . . . . . . . . . . . . . . . . vi

E-mail communications including from Lawrence B. Paul to Britt-Carina Horncastle, Mar. 11, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . 1

E-mail communications including from Lawrence B. Paul to Liv Almas, Mar. 28, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

E-mail communications including from Lawrence B. Paul to Britt-Carina Horncastle, May 9, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . 5

E-mail communications including from Lawrence B. Paul to Michael Gray, June 3, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

E-mail communications including from Lawrence B. Paul to Michael Gray, June 9, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

E-mail communications including from Lawrence B. Paul to Britt-Carina Horncastle, June 10, 2003 . . . . . . . . . . . . . . . . . . . . . . 10

Telenor’s Responses To Defendant’s First Set Of Interrogatories, Aug. 3, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Transcript of Deposition Of Lawrence Paul, Sept. 6, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Telenor’s Responses To Defendant’s Request For Admissions, Sept. 8, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Telenor's Responses To Defendant's Second Set Of Interrogatories And Third Set Of Requests For The Production Of Documents, Sept. 13, 2006 . . . . . 30

Transcript of Deposition Of Britt C. Horncastle, Sept. 19, 2006 . . . . . 33

CHRONOLOGY OF EVENTS

| | |
|---|---|
| March 11, 2003 | Lawrence Paul, Telenor's Director of Business Development, provides Michael Gray, President and Chief Executive Officer, Global Relief Technologies, Inc., the text of a letter for the use of Telenor's satellite communications terminals for a two-month Disaster Assistance Response Team ("DART") pilot program. |
| March 12, 2003 | Reid A. Daugherity, Foreign Affairs Research Analyst in the Office of the Geographer and Global Issues, Bureau of Intelligence and Research ("I&R"), United States Department of State, signs letter to Telenor's President, Britt-Carina Horncastle, containing the text provided by Mr. Paul to Mr. Gray. |
| March 28, 2003 | Mr. Paul states that Telenor staff can "see" the terminal traffic. |
| May 8, 2003 | Mary Kim Baumgartner, a Telenor employee, informs Mr. Paul that she is concerned that Telenor's terminals are being used by the military and Iraqis to make telephone calls to their families, and that such use might not be "in the spirit" of Telenor's agreement with the Government. |
| May 9, 2003 | Mr. Paul advises Ms. Horncastle that "[i]t may be time to consider putting an end to the DART pilot program." |
| May 11, 2003 | According to Telenor, the DART pilot program ends. |
| June 3, 2003 | Mr. Paul tells Mr. Gray that, with respect to Telenor's terminals, "[w]e need to get the paper work in order ASAP or we may be told to cut off the service." |

| | |
|---|---|
| June 9, 2003 | Mr. Paul tells Mr. Gray that, with respect to Telenor's terminals, "[i]f we do not have purchase orders and airtime agreements in place by Friday (retroactive to June 1) then we will likely have to "bar" the satellite equipment from the system. . . . We cannot continue to leave the spigot open." |
| June 10, 2003 | Mr. Paul directs that the terminals be "barred." |
| | Mr. Paul is informed that the terminals are barred. |
| June 26, 2003 | Telenor submits an invoice to the United States Department of State for $378,660.89 for satellite telecommunication services for the period May 11 through June 10, 2003. |

## LIST OF SIGNIFICANT PERSONS

Reid A. Daugherity
formerly Foreign Affairs Research Analyst
Office of the Geographer and Global Issues
Bureau of Intelligence and Research
United States Department of State

Michael Gray
President and Chief Executive Officer
Global Relief Technologies, Inc.

Lawrence Paul
Director of Business Development
Telenor Satellite Services, Inc.

Britt-Carina Horncastle
formerly President
Telenor Satellite Services, Inc.

## GLOSSARY OF UNUSUAL TERMS

| | |
|---|---|
| DART | Disaster Assistance Response Team |

**Horncastle, Britt-Carina**

rom: Paul, Lawrence B.
Sent: Tuesday, March 11, 2003 1:53 PM
To: Horncastle, Britt-Carina
Subject: FW: USAID letter bullets

FYI
-----Original Message-----
From: Michael Gray [mailto:Michael.Gray@k-n-p.com]
Sent: Tuesday, March 11, 2003 1:23 PM
To: Paul, Lawrence B.
Subject: RE: USAID letter bullets

Thanks Larry, I will get Panasonic and ESRI to that training session with Reid.
I will also take your bullets and forward them with my comments to Reid so we can get a State Department letter stating clearly that they are taking charge of the equipment.
I think our other top priority is to get the communications line for the DART established so we can begin using the equipment as soon as possible for the DART Pilot.
At the invitation of Andrew Natsios, we, GRT, is moving forward with filing an "Emergency Appeal" for funding for the DART pilot. However, with that said, I think the free air space is critical to success if we can not secure the funds in time. I would suggest that we prepare a "iron clad" agreement between Telenor and the DART that says, only certain people can use or approve of the use of the Telenor satellite terminals and that they are to be used only to establish that this new integrated satellite, software, hardware, system works in the field as we have designed it to do with the vehicles as the base stations. You can even limit the amount of time that the DART Pilot has available for the period of two months.

Clearly we want to get the funding for any substantial time spent doing real world DART things in a war zone, however, we also don't want to undermine the project by shutting off any and all air time. What do you think?
I'm also trying to nail down the Monday morning meeting with Deputy Assistant Secretary, and (in a low voice) the Geographer for the United States, Bill Wood. Best regards!
Michael
-----Original Message-----
From: Paul, Lawrence B. [mailto:Lawrence.Paul@telenor-usa.com]
Sent: Tuesday, March 11, 2003 10:01 AM
To: Michael Gray
Subject: RE: USAID letter bullets

Michael
I just confirmed training for Reid at 10:00 Thursday in our offices (I left Reid a voice message confirming this time).
Are you going to coordinate with Panasonic and ESRI? I think it would be particularly important to have Panasonic attend and bring one of their handheld terminals.
Larry
-----Original Message-----
From: Paul, Lawrence B.
Sent: Tuesday, March 11, 2003 9:39 AM
To: Michael Gray (E-mail)
Subject: USAID letter bullets

Michael
Below are a few bullet points we would like in a letter from the Dept of State (USAID) to Telenor concerning the use of the Inmarsat GAN terminals during the DART pilot. We are not particular about the specific words, but since these are expensive terminals (about $8 - $10K each) and the satellite capacity is (admittedly) not cheap, but need some paperwork for internal administrative purposes.
* The four (4) Nera Inmarsat GAN terminals will be used for a two (2) month pilot program by the USAID DART team based out of Kuwait. The pilot program will start during the third full week of March 2003.
* Use of the terminals is intended to demonstrate and verify the feasibility of using

mobile satellite communication technology to improve coordination of global disaster recovery and reconstruction efforts of governments and non-governmental organizations. This demonstration is a cooperative and joint effort sponsored and proposed by Global Relief Technologies, Panasonic, ESRI & Telenor.

· Any other use of the GAN terminals for purposes other than the two (2) month DART pilot program must be authorized by Telenor. In the event that the terminals should be used for other purposes Telenor will provide service to the user at agreed upon service rates.

Could you work with State to get this in a standard USG format? Ideally, we would like this letter today if possible.

Thanks,

Larry

PS: I'll call you later about plans for Thursday.

**Klakamp, Cy**

**From:** Paul, Lawrence B.
**Sent:** Friday, March 28, 2003 8:54 AM
**To:** Almås, Liv
**Cc:** Hamm, Thomas; Horncastle, Britt-Carina
**Subject:** RE: GAN Terminals in Pilot Program (Intern)

Liv

Thanks for your help. Our operations staff are able to "see" the traffic via Eik so I don't think we will need any further assistance (if I do I will contact you). I will also let you know when this free-use pilot program finishes.

Thanks,

Larry

-----Original Message-----
From: Almås, Liv
Sent: Friday, March 28, 2003 7:09 AM
To: Paul, Lawrence B.
Cc: Hamm, Thomas
Subject: RE: GAN Terminals in Pilot Program (Intern)

Larry,

The below mentioned terminals/SIM-cards have now been registered in our billing system as free of charges.

Please send me an E-mail whenever you want traffic information, and I will send it to you as a pdf file.

Best Regards,

Liv Almås

Telenor Satellite Services AS
Direct Line: +47 67 89 38 69
Mobile: +47 915 52169
Office: Snarøyveien 30, M6
N-1331 Fornebu, Norway

-----Original Message-----
From: Hamm Thomas (Sat. Services)
Sent: Thursday, March 27, 2003 3:50 PM
To: Almås Liv (Sat. Services)
Subject: FW: GAN Terminals in Pilot Program (Intern)

Hei Liv,

disse GAN terminaelen blir satt med USD 0 i pris?

Thomas

-----Opprinnelig melding-----
Fra: Paul, Lawrence B. [mailto:Lawrence.Paul@telenor-usa.com]
Sendt: 24. mars 2003 21:34

Til: Monssen Grete (Sat. Services); Horncastle, Britt-Carina
Emne: GAN Terminals in Pilot Program

Grete

Britt Horncastle and I have been working with Panasonic and ESRI (a GIS - Geographic Information Service - mapping company) to sell the USG and UN disaster relief agencies on the benefits of using Telenor services (operating in conjunction with Panasonic and ESRI products). The US DART (Disaster Assistance Recovery Team) team is part of the US Department of State and plans to use our equipment/services for a 2 month pilot program in Kuwait/Iraq. The DART plans to test a package of Telenor services and ESRI software applications to aid in humanitarian reconstruction and development efforts. The equipment arrived in Kuwait today.

Anders provided us with 4 GAN that the DART team will use during this two month pilot program. The GAN terminal and SIM numbers are:

GAN Terminal IDs

76EB72852062
76EB72B97A87
76EB722E34D9
76EB72815D89

SIM Cards

800852D7EBAA
800852A8EBBE
800852C8D42C
800852748760

Because this is a pilot program we are not charging the DART for usage (we may try to get free space segment from Inmarsat, but that decision has not been made yet). Therefore, please flag these terminals in our billing system as belonging to this pilot. The DART will access both the IOR and new 25E satellite.

Thanks and let me know if you need any further information. Also, I would greatly appreciate it if you could send Britt and I information on any traffic that these terminals generate on a periodic basis.

Larry

Lawrence Paul
Director, Business Development
Telenor Satellite Services, Inc.
+1 301 838 7786

DART

**Klakamp, Cy**

**From:** Paul, Lawrence B.
**Sent:** Friday, May 09, 2003 10:09 AM
**To:** Horncastle, Britt-Carina
**Cc:** Baumgartner, Mary K
**Subject:** FW: Is it possible to get updated traffic numbers on the DART terminal use?

Britt

Kim did this quick assessment of the DART team's space segment usage. Kim's e-mail is based on the "raw" data in the Excel file from Michelle that is two e-mails below. Note that the DART team is making a lot of Mini-M voice calls - even though the idea of the Pilot is to get them to use the HSD mode.

Revenue Potential would have been (if charged same as our ORHA proposal):

| | |
|---|---|
| Mini-M: | $40.50 per day / per terminal (@ $1.35 per minute) |
| HSD: | $156.25 per day / per terminal (@ $6.25 per minute) |
| Total | $196.75 per day / per terminal |

Our total exposure to Inmarsat in RUCs is approximately $16,182.48 (based on average HSD RUC of $2.76 and average Mini-M RUC of $0.58). This is based on the total traffic in Michelle's e-mail below - HSD is $13,639.92 and Mini-M is $2542.56 in RUCs (this probably under estimates our RUC liabilities since I used the average RUC prices). This also does not include our call termination expenses.

Tore has asked twice about the ADU for the DART trial. I plan to send him this info later today, but wanted you to look at it first. It may be time to consider putting an end to the DART pilot program.

Larry

-----------------------------------------------------------------------------------------------------------------------------

The ADUs are as follows:

| | |
|---|---|
| Mini-M | 30 minutes a day |
| HSD | 25 minutes a day |

I used the period March 28 - May 7. (Looking at the traffic trends, it seemed like March 28 was probably the first real day of use in the field.)

One thing that you should keep in mind about these ADUs. They are skewed because we are only calculating the ADUs during a period when we know the terminals were basically used every day. ADUs in a forecast also need to take into account the fact that an average terminal will be sitting in a closet some days of the year, so the ADU in a forecast would be lower than what we are showing above (unless we believe that every terminal will be used constantly throughout the year).

I am concerned about the Mini-M volumes. Please listen to my voicemail before you give these numbers to Tore. There may be other explanations, but I am concerned that they are passing around the phones for either the military or Iraqis to contact their families. A very nice thing to do, but I don't think this is in the spirit of our agreement. Don't say anything to Michael or Reed yet. Let me show you what I'm referring to, since you may conclude that the calls could be for legitimate DART purposes.

Kim

-----Original Message-----
From: Wagner-Suziedelis, Michelle C.
Sent: Thursday, May 08, 2003 4:51 PM
To: Baumgartner, Mary K

Cc: Paul, Lawrence B.
Subject: RE: Is it possible to get updated traffic numbers on the DART terminal use?

ini-M calls: 4,382 minutes

dart.xls

HSD cal s: 4,942 minutes
Total: 9,324 minutes

See attached spreadsheet.
Thanks,

Michelle

Michelle Wagner-Suziedelis
Director, Product Engineering
Telenor Satellite Services, Inc.
Email: michelle.wagner@telenor-usa.com
1101 Wootton Parkway, 10th Floor
Rockville, MD 20852 USA
Phone: +1-301-838-7815
Fax: +1-301-838-7828

-----Original Message-----
From: Baumgartner, Mary K
Sent: Wednesday, May 07, 2003 5:07 PM
To: Wagner-Suziedelis, Michelle C.
Cc: Paul, Lawrence B.
ubject: Is it possible to get updated traffic numbers on the DART terminal use?

-----Original Message-----
From: Wagner-Suziedelis, Michelle C.
Sent: Tuesday, April 15, 2003 11:57 AM
To: Baumgartner, Mary K
Cc: Regan, Keith G
Subject: RE: Do you have any indication about how much the DART time is using the GAN terminals?

It looks like a total of 602 minutes for all 4 terminals.
See detailed call records attached.
Thanks,
Michelle
Michelle Wagner-Suziedelis
Director, Product Engineering
Telenor Satellite Services, Inc.
Email: michelle.wagner@telenor-usa.com
1101 Wootton Parkway, 10th Floor
Rockville, MD 20852 USA
Phone: +1-301-838-7815
Fax: +1-301-838-7828

-----Original Message-----
From: Wagner-Suziedelis, Michelle C.
Sent: Monday, April 14, 2003 3:58 PM
To: Baumgartner, Mary K

Subject: RE: Do you have any indication about how much the DART time is using the GAN terminals?

_ m working from home today and can't get into the Source from here.
I can look tomorrow.

-----Original Message-----
From: Baumgartner, Mary K
Sent: Mon 4/14/2003 2:49 PM
To: Wagner-Suziedelis, Michelle C.
Cc:
Subject: Do you have any indication about how much the DART time is using the GAN terminals?

Do we have any traffic number for each terminal?

Kim Baumgartner
Telenor Satellite Services
1101 Wootton Parkway
Rockville, Maryland USA

+1 301 838 7706 (phone)
+1 301 838 7801 (fax)

**Klakamp, Cy**

**ɹm:** Paul, Lawrence B.
**Sent:** Tuesday, June 03, 2003 10:26 AM
**To:** Horncastle, Britt-Carina
**Subject:** FW: GRT Sales / Terminals

Britt - I exaggerated somewhat (though not completely) in the e-mail below to "light a fire" under Michael.

-----Original Message-----
**From:** **Paul, Lawrence B.**
**Sent:** Tuesday, June 03, 2003 10:25 AM
**To:** Michael Gray (E-mail)
**Cc:** Horncastle, Britt-Carina
**Subject:** GRT Sales / Terminals

Michael -

We need to complete the paper work for the four GRT packages still in the field (1 for State & 3 for Army Civil Affairs). Tore (my boss) is very uncomfortable with the fact that the equipment was left in the field. We need to get the paper work in order ASAP or we may be told to cut off the service. This issue came up in a staff meeting earlier today.

Also, are we meeting today at 2:00 to review the outstanding opportunities? I also got beat-up a bit in today's staff meeting about why the "big" orders are not materializing.

Larry

## Klakamp, Cy

**From:** Paul, Lawrence B.
**Sent:** Monday, June 09, 2003 10:41 AM
**To:** 'David Beightol'; Michael Gray; Brian Sailer
**Cc:** Horncastle, Britt-Carina; Baumgartner, Mary K
**Subject:** RE: I'm Back-See You Next Week

No, and I am concerned that Jim is back in DC. Who has the terminal?

Michael and I spoke about the 4 units that are still in Iraq last Friday. If we do not have purchase orders and airtime agreements in place by Friday (retroactive to June 1) then we will likely have to 'bar' the satellite equipment from the system. My understanding is that Parker is taking one kit, and that Army Civil Affairs the other three.

This needs to be resolved this week. We cannot continue to leave the spigot open.

Larry

Defendants EXHIBIT 2
9-6-06 Ca

**Klakamp, Cy**

**From:** Paul, Lawrence B.
**Sent:** Tuesday, June 10, 2003 1:27 PM
**To:** Horncastle, Britt-Carina; Baumgartner, Mary K
**Subject:** FW: GRT Terminal Barring

Terminals barred.

-----Original Message-----
**From:** **Sutkus, Richard**
**Sent:** Tuesday, June 10, 2003 1:25 PM
**To:** Paul, Lawrence B.
**Subject:** FW: GRT Terminal Barring

-----Original Message-----
**From:** Nyangoro, Pendo A.P.
**Sent:** Tuesday, June 10, 2003 12:56 PM
**Cc:** Baumgartner, Mary K; Horncastle, Britt-Carina; Sutkus, Richard
**Subject:** RE: GRT Terminal Barring

Barring completed.

Regards,

Pendo.

-----Original Message-----
**From:** Paul, Lawrence B.
**Sent:** Tuesday, June 10, 2003 12:10 PM
**To:** Sutkus, Richard; Nyangoro, Pendo A.P.
**Cc:** Baumgartner, Mary K; Horncastle, Britt-Carina
**Subject:** RE: GRT Terminal Barring

Pendo

I understand that Ana is out of the office. Could you please coordinate with Rick to get these terminals barred?

Thanks,

Larry
X7786

-----Original Message-----
**From:** **Paul, Lawrence B.**
**Sent:** Tuesday, June 10, 2003 12:08 PM
**To:** Sutkus, Richard; Garcia, Ana M.
**Cc:** Baumgartner, Mary K; Horncastle, Britt-Carina
**Subject:** GRT Terminal Barring

Rick & Ana

Starting in late-March we participated in a field trial (pilot) of some GAN equipment in Iraq. The project involved using GAN equipment and GPS-based mapping system software in support of disaster assistance recovery efforts. The pilot lasted two months and ended on May 31. The pilot was a success, but we have not had the GAN equipment returned to us (yet). Therefore, we need to bar the terminals (they were only accessing service in the IOR through Eik). The terminal IDs and SIM card numbers are below. Could you please place an immediate bar on these terminals?

GAN Terminal IDs

76EB72852062
76EB72B97A87
76EB722E34D9
76EB72815D89

SIM Cards

800852D7EBAA
800852A8EBBE
800852C8D42C
800852748760

Thanks. Let me know if you need any further information.

Larry

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TELENOR SATELLITE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 05-528C<br>Baskir, J. |

TELENOR'S RESPONSES TO
DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiff, Telenor Satellite Services, Inc. ("Telenor"), hereby submits the following objections and responses to Defendant's First Set of Interrogatories.

PRELIMINARY STATEMENT

Although Telenor has given the most complete responses it can at this time, it necessarily must reserve the right to amend and/or supplement these responses if it learns of additional or different information. In particular, and without limiting the generality of the foregoing, Telenor reserves the right to amend and/or supplement its responses based on information learned through discovery and as its own investigation of the facts proceeds.

RESPONSE:

Subject to and without waiving its General Objections, Telenor responds to this Interrogatory as follows:

Lawrence Paul, Kim Baumgartner, and Michelle Wagner-Suziedelis.

INTERROGATORY NO. 6:

Identify the Telenor employees who "initially monitored traffic for the pilot program every two weeks," as described in the attached September 4, 2003 email from Barbara Spencer to Lt. Col. Tauber.

RESPONSE:

Subject to and without waiving its General Objections, Telenor responds to this Interrogatory as follows:

Kim Baumgartner and Michelle Wagner-Suziedelis.

INTERROGATORY NO. 7:

Identify the date upon which Telenor ceased "monitor[ing] traffic for the pilot program every two weeks," as described in the attached September 4, 2003 email from Barbara Spencer to Lt. Col. Tauber.

RESPONSE:

Subject to and without waiving its General Objections, Telenor responds to this Interrogatory as follows:

An exact date is not known. See also Response to Interrogatory No. 8.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

Of Counsel

Barbara L. Spencer, Esq.
General Counsel
Telenor Satellite Services, Inc.
1101 Wootton Parkway, 10th Floor
Rockville, Maryland 20852

August 3, 2006

VERIFICATION

My name is James W. Nussbaum. I am the Vice President of Telenor Satellite Services, Inc. I have reviewed the answers to the interrogatories set out in this document.

I declare under penalty of perjury that these responses are true and correct to the best of my knowledge and belief.

8/3/06
Date

James W. Nussbaum

UNITED STATES COURT OF FEDERAL CLAIMS

\- - - - - - - - - - - - - - - - x

| | |
|---|---|
| TELENOR SATELLITE SERVICES, INC. | : |
| Plaintiff, | : |
| v. | : No. 05-528C |
| THE UNITED STATES OF AMERICA | : (Judge Baskir) |
| Defendant. | : |

\- - - - - - - - - - - - - - - - x

Washington, D.C.

Wednesday, September 6, 2006

Deposition of LAWRENCE PAUL, called for examination by counsel for the Defendant in the above-entitled matter, pursuant to notice, the witness being duly sworn by CARLA L. ANDREWS, a Notary Public in and for the District of Columbia, taken at the offices of the Crowell & Moring, 1001 Pennsylvania Avenue, N.W., Street, N.W., Washington, D.C. 20004-2595, at 1:15 p.m., Wednesday, September 6, 2006, and the proceedings being taken down by Stenotype by CARLA L. ANDREWS and transcribed under her direction.



6110d26d-c2ee-4bc7-bcf4-0cee3a92e1b8

P-R-O-C-E-E-D-I-N-G-S

Thereupon,

LAWRENCE PAUL

was called as a witness and, after being duly sworn by the notary, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANT

BY MR. McILMAIL:

Q I am Tim McIlmail from the Department of Justice. My address is 1100 L Street, Northwest, Washington, D.C. It is September 6 at about 1 o'clock. We are at Crowell & Moring in D.C. to take the testimony of Larry Paul. With us are Barbara Spencer from Telenor; Rick Claybrook from Crowell; Carla Andrews, the court reporter; and Ona Hahs from the State Department.

Would you state your name?

A Lawrence Paul.

Q What is your position at Telenor right now?

A Director of Business Development.

Q What was your position back in 2003?

A Director of Business Development.

Q This is Exhibit 1, Exhibit A to the

Q Okay. So what would happen -- did you have any expectation about discussing with Reid rates for use outside the agreement that had already occurred?
A Can you rephrase that?
Q Did you have any expectation of discussing with Reid rates for past unauthorized use?
A No.
Q This is T 00 --
MR. EYRE: Can we take a break? Do you want to take a quick break?
THE WITNESS: Sure.
(A recess was held.)
MR. EYRE: Can we just have your permission correct one thing in the record? Is that okay?
THE WITNESS: Yeah. Apparently, Steve Till is no longer at Telenor. I have to admit. I haven't been keeping up with the change of personnel the way I wish I had been.
BY MR. McILMAIL:
Q This is T 00004. When I give you these, take as long as you need to look at them. I will look for you to look up at me when you are ready for the

question. Does T 0004 and 0005 contain an E-mail from you to Michael Gray on March 11, 2003, at 9:39 a.m. regarding the DART pilot program?

A Yes.

Q Where did you get the bullet points that are in that E-mail? What I mean is, did you write that? I will ask a better question. I mean, did you draft that language?

A I couldn't say if I drafted it word for word. I assume I would have discussed it with our legal office.

Q All right. This is T 00024. Is T 00024 an E-mail from you to Anders Kallerud on March 14, 2003, about the DART pilot program?

A Yes.

Q Who is Anders Kallerud?

A He is our vice president of Channel Sales.

Q I'm sorry. I didn't hear that last part.

A Our vice president of Channel Sales.

Q And by our vice president, do you mean Telenor Satellite Services, Incorporated in Rockville?

A No, Telenor Satellite Services, the

longer there. Kellie Kim.

Q Telenor Norway did not bill Telenor Rockville for the use of these terminals, did it?

A I have no knowledge.

Q This is T 00034 and 35. Who is Liv Almas?

A She was -- I am not sure she was even there. She worked in our, I believe, the Operations Department.

Q I want to ask you again about the May 11 date on the invoice. Did you talk to anybody at Telenor about starting the invoice date at May 11 besides Steve Till?

A Yes.

Q With whom?

A With Ms. Horncastle.

Q What did you say to her in that discussion?

A I don't recall what we said. I recall discussing it with her.

Q Did you recommend the bills start on May 11?

A I don't recall who recommended the bills start on May 11.

Q You don't know whose idea it was?


6110d26d-c2ee-4bc7-bcf4-0cee3a92e1b8

A I understand where it came from. The agreement was dated March 12. And that's the start of the pilot program.
Q Is what you explained to Ms. Horncastle?
A I don't recall the conversation.
Q And on T 00034, one third of the way down, that's an E-mail from Liv Almas to you on March 28, 2003, 7:09 a.m. regarding the DART pilot program, right?
A It appears to be.
Q Do you have any reason to believe it is not?
A No.
Q Then she tells you, Larry, the below-mentioned terminals slash SIM-cards have now been registered in our billing system as free of charges.
Do you see that?
A Yes.
Q She is referring to the terminals that were used by the DART team, right?
A I believe so, yes.
Q And what did you understand her to mean by free of charges?

A I would like to read this first.
MR. EYRE: Are your questions related?
MR. McILMAIL: No, they are not related.
MR. EYRE: So you want him to focus on 877 first?
THE WITNESS: I will focus on T 00045 first, then.
BY MR. McILMAIL:
Q At the top of T 00045 is an E-mail from you to Britt Horncastle on Friday, May 9, 2003, at 10:09 a.m. regarding the DART pilot program, right?
A It appears to be, yes.
Q Do you have any reason to believe it is not?
A No.
Q Do you remember sending this E-mail?
A No.
Q What would you have meant in the last sentence of the first paragraph where you say, Even though the idea of the pilot is to get them to use the HSD mode?
A What I would be referring to there is the fact that we are focusing on mapping information and

it did not and we turned them off. To me, that's prudent.

Q When you realized that they were out there, did you check the traffic records to see how they were being used, if at all?

A I don't recall if that happened on that day. I recall learning of the high usage. I don't recall exactly what date that was.

Q Who told you about the high usage?

A I received that information from a woman who works for me.

Q Who works at what for you?

A Who works for me.

Q Who?

A Kim Baumgartner.

Q This is T 00008. And I want you to focus on the second E-mail message on the page.

A Uh-huh.

Q So that's a June 3, 2003, E-mail message from you to Michael Gray about the DART pilot program, right?

A It appears to be.

certainty. I believe it was Telenor Satellite Services AS -- AS, being Norwegian Incorporated designation.

Q Are you employee of that company?

A I was an employee of a subsidiary of that company.

Q By that you mean Telenor Satellite Services, Incorporated? You have to answer verbally.

A Yes.

Q Have you ever been an employee of Telenor AS that you just described?

A No.

Q We have to make this one. You can mark it DX 2.

(Defendant's Exhibit No. 2, marked for identification.)

BY MR. McILMAIL:

Q This is a June 9, 2003, E-mail from you to David Beightol, Michael Gray, and Brian Sailer, correct?

A Yes.

Q And it is about the terminals, right?

A It appears to be.

minutes listed related to DART, but it does not say that.

Q Are these the minutes for which the State Department was invoiced?

A I cannot say.

Q Who would know that? Steve Till?

A I suppose Steve Till would.

Q And who at Telenor could I ask that question of today?

A I have to refer you to Mr. Baker again.

Q And this is T 01132 and 33. And I want you to focus on the last paragraph on 1132.

A Okay.

Q Okay. That is a June 10, 2003, E-mail from you to Mary K. That means Baumgartner and Britt Horncastle about the terminals, right?

A No.

Q It is an E-mail to Rick Sutkus and Ana Garcia about the terminals, copied to Mary Baumgartner and Britt Horncastle. It's from you, right?

A Yes.

Q And it is about the terminals, right?


6110d26d-c2ee-4bc7-bcf4-0cee3a92e1b8

A Yes.
Q Now, I want you to look at the sentence that you say, The pilot lasted two months and ended on May 31. And then look back at DX-2 where you say retroactive to June 1. Is that why you say retroactive to June 1 because the pilot ended on May 31?
A No. These are unrelated documents.
Q How do you know? You told me before you don't recall why you said retroactive to June 1.
A No, the subject matter is unrelated. The dates -- I don't recall why I said June 1.
Q Well, is it possible that you said June 1, because you said on June 10 that the pilot lasted two months and ended on May 31?
A I think it is highly unlikely because the pilot program did not end on May 31.
Q Well, assume the truth of the statement that is on this document that the pilot lasted two months and ended on May 31.
MR. EYRE: Object. You have to answer.
THE WITNESS: I can't assume because it is not factual.

# CERTIFICATE OF NOTARY PUBLIC

I, Carla L. Andrews, the officer before whom the foregoing deposition was taken, do hereby certify that the witness, whose testimony appears in the foregoing deposition was duly sworn by me, that the testimony of said witness was taken by me in stenotype and thereafter reduced to typewritten form under my supervision, that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

Carla L. Andrews

Carla Andrews, Notary Public for the District of Columbia

My Commission Expires: January 14, 2009

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TELENOR SATELLITE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 05-528C<br>Baskir, J. |

TELENOR'S RESPONSES TO
DEFENDANT'S REQUEST FOR ADMISSIONS

Telenor Satellite Services, Inc. ("Telenor") hereby submits the following objections and responses to Defendant's Request for Admissions.

REQUEST NO. 8:

Admit that Telenor deactivated the equipment on June 10, 2003.

RESPONSE:

Admit.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

Of Counsel

Barbara L. Spencer, Esq.
General Counsel
Telenor Satellite Services, Inc.
1101 Wootton Parkway, 10th Floor
Rockville, Maryland 20852

September 8, 2006

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TELENOR SATELLITE SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 05-528C<br>Baskir, J. |

TELENOR'S RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES AND THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS

Telenor Satellite Services, Inc. ("Telenor") submits the following objections and responses to Defendant's Second Set of Interrogatories and Third Set of Requests for the Production of Documents.

PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

Although Telenor has given the most complete responses it can at this time, it necessarily must reserve the right to amend and/or supplement these responses if it learns of additional or different information. In particular, and without limiting the generality of the foregoing, Telenor reserves the right to amend and/or supplement its responses based on information learned through discovery and as its own investigation of the facts proceeds.

## RESPONSES TO INTERROGATORIES

INTERROGATORY NO. 19:

On what date did the "two-month" period referenced in Exhibit A to the complaint expire?

RESPONSE:

Subject to and without waiving its General Objections, Telenor responds to this interrogatory as follows:

On or about May 11, 2003.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

Of Counsel

Barbara L. Spencer, Esq.
General Counsel
Telenor Satellite Services, Inc.
1101 Wootton Parkway, 10th Floor
Rockville, Maryland 20852

September 13, 2006

VERIFICATION

My name is Robert M. Baker. I am the President of Telenor Satellite Services, Inc. I have reviewed the answers to the interrogatories set out in this document.

I declare under penalty of perjury that these responses are true and correct to the best of my knowledge and belief.

9/13/06
Date

Robert M. Baker

UNITED STATES OF AMERICA
COURT OF FEDERAL CLAIMS

------------------------------X

Telenor Satellite :
Services, INC., :
Plaintiff, : 05-528-C
v. :
UNITED STATES OF AMERICA, :
Defendant. :

------------------------------X

Washington, D.C.

Tuesday, September 19, 2006

Deposition of BRITT C. HORNCASTLE, a witness herein, called for examination by counsel for Defendant in the above-entitled matter, pursuant to notice, the witness being duly sworn by DENNIS A. DINKEL, a Notary Public in and for the District of Columbia, taken at the offices of Crowell & Moring, 1001 Pennsylvania Avenue, N.W., Washington, D.C. at 9:03 a.m., Tuesday, September 19, 2006, and the proceedings being taken down by Stenotype by DENNIS A. DINKEL, FAPR, CRR, and transcribed under his direction.





72348654-f47c-4248-b9a0-ce1f7ac9b2ef

P R O C E E D I N G S

Whereupon,

BRITT C. HORNCASTLE,

business address at 12001 Piney Glen Lane, Potomac, Maryland 20854, was called as a witness by counsel for Defendant, and having been duly sworn by the Notary Public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR DEFENDANT

BY MR. McILMAIL:

Q. Good morning. I'm Tim McIlmail. I'm an attorney at the Department of Justice at 1100 L Street. My phone number is 202-617-3042. And today we're here for the deposition of Britt Horncastle. Ms. Horncastle is in the room, along with Peter Eyre from Crowell & Moring, Barbara Spencer from Telenor, Fred Claybrook from Crowell & Moring, Ona Hahs from the State Department, and the court reporter.

Would you state your name, Ms. Horncastle?

A. Britt Carina Horncastle.

MR. EYRE: Let me state for the record all objections are reserved, except those regarding form.

Q. Any background in computers?
A. No.
Q. When did you begin working with Telenor?
A. 1997.
Q. Which Telenor was that?
A. Telenor Satellite Services in Oslo.
Q. What about Telenor Satellite Services Incorporated in Rockville? Did you ever work for them?
A. Yes.
Q. When did you work for them?
A. I started working for them -- I was seconded from Telenor Satellite Services in Oslo to the U.S. in August of 2001.
Q. Were you seconded to them as president of Telenor Satellite Services Incorporated?
A. I was seconded as chief executive officer and president of Telenor Satellite Services Holdings, Inc.
Q. Holdings? Did you ever hold a position with Telenor Satellite Services, Incorporated?
A. I was the president.

A. Except for the one conversation that I can recall with Steve Catlin which was very, very early, again, I think in the very last days of March.

Q. And what did you expect Michael Gray to do to sort the formalities out?

A. I expected Michael Gray to put the appropriate person in Telenor in contact with the people that were responsible for sorting out the paperwork in connection with buying these terminals.

Q. Why not just have somebody from Telenor do that?

A. They wouldn't know where to start and who to contact.

Q. Can you tell me if anything has been redacted from this e-mail?

A. Only by seeing a big blank space here.

Q. Do you have any idea what's been redacted?

A. No.

MR. McILMAIL: Would you mark this as DX-10?

(A document was marked for identification as Exhibit

No. DX-10.)

THE WITNESS: What happened to 9?

MR. EYRE: It went back to the court reporter. You don't need that.

THE WITNESS: That was the big pile. Sorry.

BY MR. McILMAIL:

Q. Can you tell me whether this is a string of e-mails from -- among Telenor personnel from June 2003 regarding the terminals that were used in the DART Pilot Program?

A. Yes. It is.

Q. At the top, Larry Paul is telling you terminals barred. What did you understand that to mean?

A. Shut off. No longer able to be used.

(A document was marked for identification as Exhibit No. DX-12.)

MR. McILMAIL: Let me say about DX-10 that it is T 01132 and T 01133.

BY MR. McILMAIL:





72348654-f47c-4248-b9a0-ce1f7ac9b2ef

Q. Let me ask you, do you agree that Defendant's Exhibit No. 10 is T 01132 and T 01133, that it is marked that way at the bottom of the two pages?

A. Yes.

Q. Okay. Can you tell me whether DX-12 marked T 00388 and T 00389 is a string of e-mails from June 2003 including e-mails either from you or copied to you regarding the DART Pilot Program?

A. Yes.

Q. On the second page, 389, you're talking about TSSN billing TSSI?

A. Yes.

Q. Did TSSN bill TSSI for the service?

A. To the best of my knowledge, yes. It was done.

Q. What does -- what is Lars-Steinar -- I apologize if I mispronounce this -- Bakke?

A. Bakke.

Q. Bakke, saying to you in the middle of 389?

A. He says hello, or hi Britt. Enclosed you will find a summary or a detail or a -- a summary or

A. TSSI.

MR. McILMAIL: Would you mind if we took a break?

MR. EYRE: Of course not.

(Recess.)

MR. McILMAIL: We're back on the record.

BY MR. McILMAIL:

Q. We were talking about -- I asked you to tell me about the barring of the terminals that was referred to in this -- DX-10.

Did you explain that once the terminals were barred, they could not be used by those -- by whoever had the terminals in their possession?

A. Yes. They don't work. That's my understanding.

Q. Why didn't Telenor bar the terminals at the end of the pilot program on May 11?

A. Because they were supposed to be bought by whoever had them, and we trusted the government for bringing them back when they finished using them for the program.

Q. Why not turn them off until they were

bought? Why didn't Telenor turn them off until they were bought?

MR. EYRE: Ambiguous.

THE WITNESS: Because it's not the kind of thing that you do when the U.S. government has said that they want to buy them and you know that they're in a war zone or Operation Iraqi Freedom or whatever type of situation. You trust that what you've been told is what's going to happen.

BY MR. McILMAIL:

Q. Did Telenor keep the equipment operational after the end of the pilot program because it concluded -- I'm sorry. Let me say that again. Did Telenor bar the equipment because it concluded that it could not afford to wait for the paperwork from the Army to buy the equipment and continue to experience the traffic levels that were occurring regarding the use of the equipment?

MR. EYRE: Object as ambiguous.

THE WITNESS: I suppose that is part of the answer. The other part of the answer would be that by that time, we didn't believe that there was

going to be any paperwork, because there had been time -- sufficient time for somebody from the government to come forward and start producing some paperwork.

BY MR. McILMAIL:

Q. Was Michael Gray Telenor's point of contact with the government regarding the equipment during at least some of the period March through June 2003?

MR. EYRE: Object as ambiguous.

THE WITNESS: I wouldn't call him Telenor's point of contact as such. I would call him the project's point of contact and the project was comprising of GRT, Panasonic, and Telenor.

BY MR. McILMAIL:

Q. Do you mean to say that he was the DART Pilot Program's contact with the DART team?

A. I suppose that is one way of putting it, yes.

Q. Do you have any other way of putting it?

A. He could have been GRT's point of contact.

Q. Did Telenor and the United States ever


72348654-f47c-4248-b9a0-ce1f7ac9b2ef

*CERTIFICATE OF REPORTER*

*UNITED STATES OF AMERICA ) ss.:*

*DISTRICT OF COLUMBIA )*

I, DENNIS A. DINKEL, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

*Notary Public in and for*

*the District of Columbia*

*My commission expires: 04/30/2007*