# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: November 9, 2006)

*************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*************************************************

## ORDER

The Court held a status conference in the above-captioned case on November 9, 2006 to address two pending discovery disputes and to address Defendant's Motion for Leave to File Dispositive Motion. This Order confirms the matters decided at that conference.

- The Plaintiff informed the Court that Ms. Baumgartner has returned to work and is available to be deposed. The Defendant will notice her deposition forthwith. **Discovery is hereby reopened for the limited purpose of taking the deposition of Ms. Baumgartner.**

- **The Plaintiff is hereby ordered to produce the documents that are the subject of Defendant's Motion to Compel Production of Documents. If the Plaintiff wishes to protect the contents of those documents, it should submit a written request for a protective order.**

- **The Defendant's Motion for Summary Judgment is hereby deemed filed as of this date. In order to ensure that the CM/ECF file is accurate, the Defendant should electronically file its Motion for Summary Judgment forthwith.**

    - **The Plaintiff's Response is due no later than December 8, 2006.**

    - **The Defendant's Reply is due no later than December 22, 2006.**

- **The Parties are hereby ordered to file a joint Consolidated Statement of Uncontroverted Facts pursuant to paragraphs 11 and 12 of the Court's Special Procedures Order no later than January 5, 2007.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge