IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-528C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT
OF TIME TO COMPLETE BRIEFING UPON
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The parties respectfully request that the Court enlarge by 39 days the time for the parties to complete briefing upon Defendant's Motion For Summary Judgment. The response of plaintiff, Telenor Satellite Services, Inc. ("Telenor"), to the summary judgment motion of defendant, the United States, is currently due by December 8, 2006; the enlargement would bring that date to January 16, 2007. The Government's reply is currently due by December 22, 2006; the enlargement would bring that date to January 30, 2007. The parties' Consolidated Statement Of Uncontroverted Facts is currently due by January 5, 2007; the enlargement would bring that date to February 13, 2007. This is the parties' first request for an enlargement for this purpose.

The current briefing schedules requires Telenor to respond to the Government's motion by December 8, 2006. However, the parties have agreed to participate in an Alternative Dispute Resolution ("ADR") session on December 12, 2006. The parties expect that postponing further briefing upon the Government's motion would enhance the possibility that ADR will succeed.

The parties also note that, although the Government has noticed the deposition of Mary Kim Baumgartner to take place on December 1, 2006, the parties have, in the interest of enhancing the possibility that ADR will succeed, agreed to postpone that deposition until, in the event that ADR does not succeed, after December 12, 2006. Along the same lines, the parties have agreed that, upon entry by the Court of a protective order, Telenor, will produce to the Government a portion of the documents that, on November 9, 2006, the Court ordered produced, with the remainder of those documents produced, in the event that ADR does not succeed, after December 12, 2006. The parties expect that enlarging the time to complete briefing upon the Government's motion for summary judgment would allow the parties, in the event that ADR does not succeed, to

complete discovery reasonably advance of having to complete that briefing.

For these reasons, the parties respectfully request that the Court enlarge the date by which Telenor must respond to the Government's motion for summary judgment to January 16, 2007; the date by which the Government must reply to January 30, 2007; and the date by which the parties must file their Consolidated Statement Of Uncontroverted Facts to February 13, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

Rick Claybrook /s/e
FREDERICK W. CLAYBROOK, JR.
Crowell & Moring LLP
1001 Penn. Ave., N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorney for Plaintiff

November 17, 2006

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
ONA M. HAHS
Attorney-Adviser
Department of State

Attorneys for Defendant

November 17, 2006

## Certificate of Filing

I hereby certify that on November 17, 2006, a copy of the foregoing Joint Motion For Amendment Of Briefing Schedule was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Pete [signature]