# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **TELENOR SATELLITE SERVICES, INC.** | |
| **Plaintiff,** | **No. 05-528C** |
| **v.** | **Filed: November 17, 2006** |
| **UNITED STATES,** | **cc: Judge Baskir** |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

At the request of the Presiding Judge, an ADR Conference was held in the above-captioned case on November 13, 2006. The parties are commended for indicating during the Conference their willingness to give the ADR process another look. After discussion with the parties, the court **SCHEDULES** an ADR Conference for **Tuesday, December 12, 2006, at 10:00 a.m. EST**, in a Conference Room in the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. All participants shall appear in person, and shall gather on the first floor near the entrance to the courthouse. Agency and corporate officials with the appropriate authority will be vital to our renewed ADR efforts. On or before **Monday, December 11, 2006, at 12:00 a.m.**, counsel shall advise chambers of the names and positions of the agency and corporate participants, and any other participants who will be attending the ADR Conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**