# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: November 21, 2006)

*****************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The parties' Joint Motion for a 39-day **Enlargement of Time to Complete Briefing** Upon Defendant's Motion for Summary Judgment filed on November 17, 2006, is hereby **GRANTED** as follows:

- **The Plaintiff's Response is due no later than January 16, 2007.**
- **The Defendant's Reply is due no later than January 30, 2007.**
- **The Consolidated Statement of Uncontroverted Facts is due no later than February 13, 2007.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge