IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TELENOR SATELLITE SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 05-528C<br>Baskir, J. |

TELENOR'S UNOPPOSED MOTION FOR PROTECTIVE ORDER

On November 9, 2006, this Court ordered Telenor to produce the documents that are the subject of Defendant's September 29, 2006, motion to compel. In that Order, this Court invited Telenor to submit a written request for a protective order. These documents contain information that is business sensitive, confidential, and proprietary. Pursuant to Rule 26(c), Telenor respectfully requests entry of a protective order to safeguard the documents it will be producing in response to the Court's order. Defendant has advised Telenor's counsel that it will not oppose this motion, and the parties have jointly prepared the attached proposed Protective Order.

Respectfully submitted,

/s/

Frederick W. Claybrook, Jr.
(Counsel of Record)
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

Of Counsel

Barbara L. Spencer, Esq.
General Counsel
Telenor Satellite Services, Inc.
1101 Wootton Parkway, 10th Floor
Rockville, Maryland 20852

December 4, 2006

# CERTIFICATE

Pursuant to Rule 26(c), Telenor certifies that it has conferred with the Defendant an effort to resolve this dispute without court action. Further, during the November 9, 2006, status conference, Telenor notified this Court and counsel for Defendant that it intended to seek a protective order. The parties have jointly prepared the proposed Protective Order.

Rick Claybrook / ✓re

Frederick W. Claybrook, Jr.

CERTIFICATE OF FILING

I certify that, on December 4, 2006, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Peter J. Eyre