IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TELENOR SATELLITE SERVICES, INC., Plaintiff, | |
| v. | No. 05-528C Baskir, J. |
| UNITED STATES, Defendant. | |

TELENOR'S UNOPPOSED MOTION
TO EXTEND THE FINAL PROTECTIVE ORDER

In anticipation of voluntarily dismissing this case as a result of successful settlement discussions, Telenor respectfully requests an Order extending the Final Protective Order, which became effective on December 17, 2006. In accordance with paragraph 16.d of that Order, Telenor seeks continued confidential treatment for Protected Information, as defined by the Protective Order.

Specifically, Telenor seeks to extend the confidential treatment of all documents it has produced pursuant to this Court's November 9, 2006, Order. These documents relate to the cost of providing Telenor's services. Telenor understands that counsel for the Defendant has not made copies or otherwise distributed the Protected Information it has received from Telenor.

Accordingly, Telenor requests an Order that extends the terms of the Final Protective Order with respect to all Protected Information. Such an order is necessary to ensure the continued confidential treatment of information relating to Telenor's costs. The documents contain information that is sensitive, confidential, and proprietary. If these documents are released, there is potential for Telenor to suffer substantial competitive harm.

The parties have conferred about this issue, and counsel for Defendant has stated that we may represent that he will not oppose this motion.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

January 3, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TELENOR SATELLITE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 05-528C Baskir, J. |

ORDER

It is hereby ordered that the Final Protective Order, which became effective on December 17, 2006, is extended in perpetuity.

IT IS SO ORDERED.

Lawrence M. Baskir
Judge

CERTIFICATE OF FILING

I certify that on January 3, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Peter J. Eyre