# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: January 9, 2007)

**************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

FINAL PROTECTIVE ORDER

The Parties have informed the Court that they intend to voluntarily dismiss the case as a result of successful settlement discussions. **The Court hereby ORDERS that the documents produced pursuant to the Court's November 9, 2006 Order be treated in accordance with paragraph 16 of the Provisional Protective Order issued December 7, 2006.**

Specifically, counsel for each party shall:

**(i) destroy all Protected Information and certify in writing to all other parties that destruction has occurred; or**

**(ii) return the Protected Information to the other parties**, with the exception of copies retained in the files that the Department of Justice maintains for this case**.**

Any retained copies shall be properly marked and secured.

The Court has no protected material in this case.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge