# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TELENOR SATELLITE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-528C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## PARTIES' STIPULATION TO VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties, having settled this dispute, stipulate to the dismissal of this action, with prejudice and with the parties to bear their own expenses, costs, and fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

FREDERICK W. CLAYBROOK, JR.
Crowell & Moring LLP
1001 Penn. Ave., N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorney for Plaintiff

March 20, 2007

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
ONA M. HAHS
Attorney-Adviser
Department of State

Attorneys for Defendant

March 20, 2007

Certificate of Filing

I hereby certify that on March 20, 2007, a copy of the foregoing Parties' Stipulation To Voluntary Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Peter [signature]