# In the United States Court of Federal Claims

Case No. 05-528C
(Filed: March 21, 2007)

*****************************************************
TELENOR SATELLITE SERVICES, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The parties' **Stipulation of Dismissal with prejudice** filed March 20, 2007, is hereby **GRANTED**. The parties shall bear their own expenses, costs and fees.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge